Maryann Brothers, et al.

vs.

Nashville 5G Holdings, LLC, et al.

---

Deposition of:

DOMINIQUE BELL

May 20, 2009

---

Condensed Transcript and Word Index

---

**CLEETON DAVIS COURT REPORTERS, LLC**
**200 Fourth Avenue North, Suite 825**
**Nashville, TN  37219**
**(615) 726-2737**
**www.cleetondavis.com**

## Page 1

IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

MARYANN BROTHERS, et al., )
)
)
Plaintiffs, )
)
vs. )NO. 3:08-cv-1166
)
NASHVILLE 5G HOLDINGS, LLC, )
et al., )
)
Defendants. )
)
_____ )

Deposition of:
DOMINIQUE BELL
Taken on behalf of the Defendants
May 20, 2009

-------------------------------------------------
CLEETON DAVIS COURT REPORTERS, LLC
200 Fourth Avenue North, Suite 825
Nashville, Tennessee 37219
(615) 726-2737
www.cleetondavis.com

## Page 3

I N D E X

Questions by Mr. Tower.........................5

E X H I B I T S

No. 1:  Letter 5/8/09 Medlin to Sims..........36
No. 2:  Charge of Discrimination.............58

## Page 2

APPEARANCES:
For the Plaintiffs: Douglas B. Janney III, Esq.
                    Attorney at Law
                    2002 Richard Jones Road
                    Suite B-200
                    Nashville, Tennessee 37215
                    - and -
                    Stephen W. Grace, Esq.
                    Attorney at Law
                    1019 16th Avenue South
                    Nashville, Tennessee 37212

For the Defendants: D. Earl Baggett, Esq.
                    King F. Tower, Esq.
                    1021 East Cary Street
                    Richmond, Virginia 23218-1320
Also Present:     Jim Davis - Videographer
                  John Isaac
                  Bill McKechnie
                  Jim Newman
                  MaryAnn Brothers

## Page 4

The videotaped deposition of DOMINIQUE BELL
was taken by counsel for the Defendants, pursuant to
Notice, at the offices of Douglas B. Janney III, Esq.,
2002 Richard Jones Road, Suite B-200, Nashville,
Tennessee, on May 20, 2009, for all purposes under the
Federal Rules of Civil Procedure.

The formalities as to caption, certificate,
et cetera, are waived. All objections, except as to
the form of the questions, are reserved to the hearing.

It is agreed that B. J. Davis, being a court
reporter and notary public for the State of Tennessee,
may swear the witness, and that the reading and signing
of the completed deposition by the witness are waived.

* * *

1        P R O C E E D I N G S

2      THE VIDEOGRAPHER: Okay. Here we go.

3 This is the beginning of tape number one of the

4 deposition of Dominique Bell. The time is 4:09. The

5 court reporter will now swear in the witness.

6          DOMINIQUE BELL,

7 was called as a witness, and after having been first

8 duly sworn, testified as follows:

9          EXAMINATION

10 BY MR. BAGGETT:

11 Q.    Good afternoon, Ms. Bell.

12 **A.    Good afternoon.**

13 Q.    My name is Earl Baggett. We met earlier. I

14 represent the defendants in this case, Nashville 5G

15 Holdings, comma, LLC, Mr. McKechnie, Bill McKechnie,

16 and John Isaac.

17      I know you've been observing at least one,

18 possibly two depositions the last couple of days, but I

19 wanted to kind of go over a couple of ground rules to

20 make sure you and I are on the same page. Okay?

21      As you know, there's a court reporter here

22 transcribing everything that you're going to be saying.

23 There's also a videographer here.

24      There are several things that we can do to

25 make their job, especially the court reporter's job,

Page 5

1 easier. One is let's not talk over each other. Let's

2 try to talk one at a time. I will try not to interrupt

3 you, but if I do let me know and I'll let you finish.

4 Okay?

5      Similarly, if you can let me finish asking my

6 question before you start answering that would be

7 great.

8      Secondly, as you've heard Mr. Janney on a

9 number of occasions today, make sure you verbalize your

10 answers yes or no instead of uh-huhs and uh-uhs and

11 head nods. Okay?

12      If you don't understand a question that I ask

13 you at any point today, please stop me and let me know.

14 I can either repeat it or I can rephrase it. Okay?

15 **A.    Okay.**

16 Q.    Okay. If you don't ask me I'm going to assume

17 that you understand the question. Okay? Is that fair?

18 **A.    Yes.**

19 Q.    And if at any time during the deposition,

20 hopefully it won't be as long as some of the others, if

21 you need to take a break let me know and we'll take a

22 break as soon as I finish that line of questioning.

23 **A.    Okay.**

24 Q.    There may be several times during this

25 deposition where your attorney may raise an objection.

Page 6

1 The -- the majority of the time you will still be

2 instructed to answer the question unless Mr. Janney

3 specifically tells you not to answer.

4 **A.    Uh-huh.**

5 Q.    You understand that you've taken an oath to

6 tell the whole truth today?

7 **A.    Yes.**

8 Q.    Just like you would if you were sitting in

9 court.

10      Are you taking any -- any type of medication

11 today?

12 **A.    No, sir.**

13 Q.    Okay. Is there anything that would prohibit

14 you from telling the whole truth today?

15 **A.    No.**

16 Q.    Is there anything that would prohibit you from

17 recalling events, impairing your ability to recall

18 events?

19 **A.    No.**

20 Q.    Is there any reason why you cannot proceed

21 with the deposition right now?

22 **A.    No.**

23 Q.    Okay. Did you review any documents in

24 preparation for your deposition today?

25 **A.    Yes.**

Page 7

1 Q.    What documents were they?

2 **A.    My papers from the EEOC.**

3 Q.    Did you review your answers to the

4 interrogatory questions that --

5 **A.    Yes, yes.**

6 Q.    Is there anything else?

7 **A.    And Mr. Isaac's response from the E -- from**

8 **the EEOC.**

9 Q.    Were those the only three things that you

10 reviewed or were there others?

11 **A.    I believe that -- I believe that -- I believe**

12 **that's all. I'm not for sure though.**

13 Q.    Okay. Ms. Bell, can you state your full name

14 for the record?

15 **A.    Dominique Nicole Bell.**

16 Q.    And where do you live, Ms. Bell?

17 **A.    1679 Hillside, Nashville, Tennessee 37203.**

18 Q.    I'm going to ask you to slow down just a tad.

19 I mean, I'm sure B. J.'s probably keeping up with you,

20 but -- how old are you, Ms. Bell?

21 **A.    I'm 30.**

22 Q.    What's your birthday?

23 **A.    9/10/78.**

24 Q.    Where were you born?

25 **A.    Where?**

Page 8

2 (Pages 5 to 8)

Case 3:08-cv-01166   Document 69-1   Filed 11/09/09   Page 3 of 26 PageID #: 1696

| | | |
|---|---|---|
| 1 | Q. | Yes, ma'am. |
| 2 | **A.** | **Nashville.** |
| 3 | Q. | Are you married? |
| 4 | **A.** | **Uh-huh.** |
| 5 | Q. | How long have you been married? |
| 6 | **A.** | **For 11 years.** |
| 7 | Q. | Who's your husband? |
| 8 | **A.** | **Eric Gardner.** |
| 9 | Q. | Do you have any children? |
| 10 | **A.** | **Yes.** |
| 11 | Q. | How many? |
| 12 | **A.** | **Two.** |
| 13 | Q. | How old are your children? |
| 14 | **A.** | **Fourteen and nine.** |
| 15 | Q. | And does your husband live with you? |
| 16 | **A.** | **No.** |
| 17 | Q. | He does not live with you? |
| 18 | **A.** | **No.** |
| 19 | Q. | Where does he live? |
| 20 | **A.** | **In Kentucky.** |
| 21 | Q. | In Kentucky. Are you-all separated? |
| 22 | **A.** | **Yes.** |
| 23 | Q. | Okay. Do your children live with you? |
| 24 | **A.** | **Yes.** |
| 25 | Q. | Other than your children do you have any other |

Page 9

| | | |
|---|---|---|
| 1 | | family in Tennessee? |
| 2 | **A.** | **Yes.** |
| 3 | Q. | Who else do you have, immediate family? |
| 4 | **A.** | **My whole family except for my mother.** |
| 5 | Q. | So you've got a lot of -- a lot of family? |
| 6 | **A.** | **Yes.** |
| 7 | Q. | Okay. Ms. Bell, have you ever been convicted |
| 8 | | of a crime? |
| 9 | **A.** | **No.** |
| 10 | Q. | Have you ever been accused of committing a |
| 11 | | crime? |
| 12 | **A.** | **No.** |
| 13 | Q. | Have you ever lied or given misleading |
| 14 | | information on an employment application before? |
| 15 | **A.** | **Not that I recall, no.** |
| 16 | Q. | Did you fill out an application when you |
| 17 | | started work up at Nashville Five Guys? |
| 18 | **A.** | **Yes.** |
| 19 | Q. | Have you filled out applications for employers |
| 20 | | subsequent to your time at Nashville Five Guys? |
| 21 | **A.** | **Talking about after Five Guys?** |
| 22 | Q. | Yes, ma'am. |
| 23 | **A.** | **Yes.** |
| 24 | Q. | Similar to the instruction that was given in |
| 25 | | the previous depositions, for sake of clarity when I |

Page 10

| | | |
|---|---|---|
| 1 | | refer to Five Guys I'm referring to Nashville 5G |
| 2 | | Holdings, LLC, the corporate entity that's a defendant |
| 3 | | in this suit. |
| 4 | **A.** | **Okay.** |
| 5 | Q. | And I -- I don't think we're going to need to |
| 6 | | mention the Five Guys Enterprises, but if it -- it -- |
| 7 | | it does come up we'll specifically address it at Five |
| 8 | | Guys Enterprises. Okay? |
| 9 | **A.** | **Okay.** |
| 10 | Q. | Other than this lawsuit have you ever been |
| 11 | | involved in a lawsuit? |
| 12 | **A.** | **No.** |
| 13 | Q. | Have you ever filed an EEOC charge other than |
| 14 | | the one that you've filed in this -- |
| 15 | **A.** | **No.** |
| 16 | Q. | -- lawsuit? Did you discuss the fact that you |
| 17 | | were being deposed today with anyone other than your |
| 18 | | lawyers? |
| 19 | **A.** | **No.** |
| 20 | Q. | Does your family know that you're being |
| 21 | | deposed today? |
| 22 | **A.** | **No.** |
| 23 | Q. | Did you discuss your deposition with anybody |
| 24 | | other than your lawyers? |
| 25 | **A.** | **Talking about what we're doing now?** |

Page 11

| | | |
|---|---|---|
| 1 | Q. | Did you discuss the fact that you were going |
| 2 | | to be in a deposition, either today or this week, with |
| 3 | | anybody other than your lawyers? |
| 4 | **A.** | **When they -- with Mr. Newman when he called me** |
| 5 | | **and told me what my appointment date was for the** |
| 6 | | **deposition.** |
| 7 | Q. | Okay. Have you spoken with Mr. Newman about |
| 8 | | the things that you may be asked to testify to today? |
| 9 | **A.** | **No.** |
| 10 | Q. | How about any of the other plaintiffs? |
| 11 | **A.** | **No. I asked -- well, I take that back. I** |
| 12 | | **asked him what was a deposition because I didn't know.** |
| 13 | Q. | And what did he say? |
| 14 | **A.** | **He said it's like -- they'll ask you questions** |
| 15 | | **something like a jury would ask you, and that's how he** |
| 16 | | **summarized it up for me.** |
| 17 | Q. | Prior to getting involved in this lawsuit did |
| 18 | | you speak to any of the plaintiffs about your |
| 19 | | employment at Nashville Five Guys and any type of |
| 20 | | potential legal activity? |
| 21 | **A.** | **No, not since I worked there. Well, it wasn't** |
| 22 | | **even legal then, so no.** |
| 23 | Q. | I -- I don't understand. |
| 24 | **A.** | **When I worked for Five Guys --** |
| 25 | Q. | Uh-huh. |

Page 12

3 (Pages 9 to 12)

1  A.  -- I used to ask MaryAnn what should I do or
2  either I just tell her what happened, but other than
3  that no.
4  Q.  In which instances were you talking to
5  MaryAnn? What were the facts surrounding the
6  conversation with MaryAnn?
7  A.  Like how I felt like -- what are the facts of
8  what was happening to me?
9  Q.  Both.
10  A.  Both. When I was approached by a shift leader
11  they -- something was going on with my register. I was
12  told -- well, I was told by Ashley Johnson that I was
13  being investigated because my register was coming up
14  short and I didn't know -- well, they told me that it
15  was up under investigation because my register was
16  coming -- coming up short and they didn't know if I was
17  taking the money out or someone else was taking the
18  money out, but when they counted my register it wasn't
19  coming up short, but when somebody else was counting it
20  was coming up short.
21  Q.  Okay.
22  A.  So I had told MaryAnn that I didn't want to be
23  on the register anymore, and she asked me why, and I
24  told her I was up under investigation for this. And I
25  had told her that I had overheard a conversation about

Page 13

1  us being called monkeys.
2  Q.  Is that it?
3  A.  Then, also, about why did I have to be the
4  only person that will do anything, well -- well, work
5  my butt off for Five Guys, but when it come down to
6  pulling somebody from the back to go out to the lobby
7  or do the bathrooms it's always me, just little things
8  like that, you know, but -- when it's the cashier or
9  whoever's in the front that's supposed to do it.
10  Q.  Anything else?
11  A.  Not that I can recall right now.
12  Q.  Okay. You listed by my count three things.
13  Let's go back and talk about each one of them. First,
14  you -- you mentioned that your shift leader, Ashley
15  Johnson, approached you about your register coming up
16  short --
17  A.  Uh-huh.
18  Q.  -- and that you thought you were under
19  investigation.
20  A.  I was told I was under investigation.
21  Q.  Ashley told you you were under investigation?
22  A.  Yes. It was said that it was under
23  investigation, the whole register coming up short was
24  under investigation.
25  Q.  When the register's counted down do you count

Page 14

1  it down, does the cashier count it gown, or does the
2  manager count it down, or do you do it together?
3  A.  The manager counted it down is how it worked
4  at first, then it got to the point where me and a
5  manager had to count it down, and then it got to the
6  point back to where the manager was counting it down.
7  Q.  Okay. And it was your testimony that your
8  register was coming up short; is that correct?
9  A.  Uh-huh.
10  Q.  How many times do you recall your register
11  coming up short?
12  A.  I was told about four times.
13  Q.  Who told you that?
14  A.  Ashley -- Ashley had told me twice, Mr. Isaac
15  had told me once, and MaryAnn had told me once, MaryAnn
16  Brothers told me once.
17  Q.  And it was your understanding that -- you've
18  got three individuals telling you. One of them said it
19  happened twice and two others said it happened once.
20  A.  Uh-huh.
21  Q.  That -- each person telling you that was a --
22  a separate instance of when your register came up
23  short?
24  A.  Uh-huh.
25  Q.  Okay. So it's your understanding that --

Page 15

1  A.  It was -- it was told me that it was -- they
2  would tell me the next -- the next day that my register
3  was coming up short.
4  Q.  So there were four separate occasions --
5  A.  Yes.
6  Q.  -- on four separate -- let me finish.
7  A.  Okay.
8  Q.  -- on four separate days where your register
9  was coming up short?
10  A.  Yes.
11  Q.  The four times that your register came up
12  short tell me how each -- in each of those
13  instances how the register was counted down. Were you
14  by yourself counting it, was the manager counting it by
15  himself, or were you and the manager there together?
16  A.  No. After -- after it -- I guess it had been
17  coming up short before, but I wasn't noticed -- I
18  wasn't notified of it, but once it had been coming up
19  short often I guess is when the manager started
20  counting down. That's when they was telling me that my
21  register was coming up short and that's when the
22  managers was counting them down.
23  Q.  So each of the four times when your register
24  was coming up short you were -- you were never present
25  when the register was counted down?

Page 16

4 (Pages 13 to 16)

| | |
|---|---|
| 1   A.   Uh-uh. | 1   Q.   Is it possible that the fact that your |
| 2   Q.   Who counted the register down -- | 2   register was coming up short was your fault? |
| 3       MR. JANNEY: Wait. Wait. Wait. You | 3   **A.   I -- I put it as it was after -- over a** |
| 4   need to verbalize your answer. | 4   **certain period of time a lot of things kept on** |
| 5       THE WITNESS: I'm sorry. No. | 5   **happening to only me. That's how I felt.** |
| 6   **A.   Whoever was the manager on shift.** | 6   Q.   When other cashiers' registers would come up |
| 7   BY MR. BAGGETT: | 7   short would you be notified? |
| 8   Q.   Okay. And was it -- was John Issac that | 8   **A.   No.** |
| 9   manager on occasion? | 9   Q.   Okay. So you had -- you had no knowledge as |
| 10   **A.   I -- I worked under all three of them.** | 10   to whether any other cashiers were under investigation |
| 11   Q.   Okay. What other managers -- well, strike | 11   or whether other cashiers had shortages of |
| 12   that. | 12   registers, -- |
| 13       What managers counted down your register when | 13   **A.   Right.** |
| 14   you had a shortage? | 14   Q.   -- register shortages, correct? So white -- |
| 15   **A.   John Issac.** | 15   white cashiers may have register shortages that were |
| 16   Q.   Every time? | 16   under investigation, correct? |
| 17   **A.   As far as I know. Well, no, I take that back.** | 17   **A.   I didn't have any white cashiers on my -- on** |
| 18   **John Issac -- the majority of the time I worked on the** | 18   **my shift.** |
| 19   **cash register I worked under John Issac or Ashley** | 19   Q.   So you were the only -- so there were no -- |
| 20   **Johnson.** | 20   let's back up. |
| 21   Q.   And did your register ever come up short when | 21       What store were you employed at? |
| 22   Ashley Johnson counted your register? | 22   **A.   Green Hills.** |
| 23   **A.   Yes.** | 23   Q.   Were you employed at Green Hills the entire |
| 24   Q.   How many times? | 24   time that you were with Five Guys? |
| 25   **A.   She told me about twice, I think.** | 25   **A.   Uh-huh.** |
| Page 17 | Page 19 |

| | |
|---|---|
| 1   Q.   Okay. And how many times did Mr. Isaac count | 1   Q.   The entire time that you were employed at Five |
| 2   your register down when it was short? | 2   Guys were you -- there were no white cashiers? |
| 3   **A.   He only told me about once.** | 3   **A.   We had -- when I worked in the evenings on** |
| 4   Q.   So Ms. Johnson -- Ms. Ashley Johnson counted | 4   **several occasions we had, but I wasn't on the register** |
| 5   your register down twice when it was short, | 5   **during that time, and it wasn't my normal shift, but on** |
| 6   Mr. Isaac, to the best of your knowledge, only counted | 6   **my shift the only Caucasian people that would be on the** |
| 7   it down once when you were short, correct? | 7   **register was the managers.** |
| 8       MR. JANNEY: Objection to form. | 8   Q.   But there were other white employees that |
| 9   **A.   I don't know. They told -- they only told** | 9   worked the cash register that worked at Green Hills |
| 10   **me -- the -- the manager who told me that it was coming** | 10   during your employment there? |
| 11   **up short, that's why Trisha (phonetic) was my counting** | 11   **A.   Uh-huh.** |
| 12   **the drawer, but I don't know who had been in my drawer** | 12       MR. JANNEY: Yes? |
| 13   **because everybody was in my drawer, so, therefore,** | 13       THE WITNESS: Yes. I'm sorry. |
| 14   **I'm just going by what I was told.** | 14       THE VIDEOGRAPHER: Going off the record. |
| 15   BY MR. BAGGETT: | 15   The time is 4:24. |
| 16   Q.   Did you have any knowledge of whether other | 16       (Recess taken.) |
| 17   cashiers were under investigation or had been under | 17       THE VIDEOGRAPHER: We are back on the |
| 18   investigation for their cash register -- | 18   record. The time is 4:31. |
| 19   **A.   No, I don't.** | 19   BY MR. BAGGETT: |
| 20   Q.   -- coming up short? | 20   Q.   Ms. Bell, before the break we were discussing |
| 21   **A.   No, I don't.** | 21   three items that you listed that you had discussed with |
| 22   Q.   Did you believe that your race had anything to | 22   Ms. Brothers regarding potential discriminatory conduct |
| 23   do with the fact that you were being put under | 23   during your employment at -- at Five Guys. Do you |
| 24   investigation for your register coming up short? | 24   recall that line of questioning? |
| 25   **A.   No, I didn't.** | 25   **A.   Yes.** |
| Page 18 | Page 20 |

5 (Pages 17 to 20)

| | |
|---|---|
| 1 Q. And one that we just talked about was the | 1 to act at work and we knew we couldn't -- we knew we |
| 2 shortage of the cash registers. The second one you | 2 could do certain things at work, but not just act a |
| 3 mentioned was a -- a comment about monkeys, was that | 3 fool. |
| 4 correct? | 4 BY MR. BAGGETT: |
| 5 **A. Yes.** | 5 Q. So Mr. Isaac re -- referred to who as monkeys? |
| 6 Q. Can you explain that -- that -- that -- that | 6 **A. Me, myself, Zemeca Hall, and Tiara King.** |
| 7 context for me, please? | 7 Q. Okay. Did Tiara ever act silly and horseplay |
| 8 **A. They were -- Ms. Brothers, Mr. Isaac, and** | 8 and goof around at work? |
| 9 **Ms. Johnson was standing at the schedule board which is** | 9 **A. Kind of, yes.** |
| 10 **in a -- behind -- like behind our kitchen, there was** | 10 Q. She did? |
| 11 **like a -- a push door, you push the door and it stay** | 11 **A. Uh-huh.** |
| 12 **right there, and I heard -- they was talking about** | 12 Q. The same question for Meca. Who's Meca? |
| 13 **something being -- he said they all act like monkeys,** | 13 **A. Zemeca Hall.** |
| 14 **all three of them act -- all three of them act like** | 14 Q. Did Zemeca Hall horseplay and joke around and |
| 15 **monkeys. They all belong back in the zoo. And I just** | 15 lollygag at work on occasion? |
| 16 **like politely scooted back and went on back to work.** | 16 **A. I'm not sure because I was never -- I never** |
| 17 **And then when they came out I told MaryAnn, I said,** | 17 **worked with her.** |
| 18 **MaryAnn, I heard what he said and I didn't appreciate** | 18 Q. Okay. So you -- you have no knowledge as to |
| 19 **that, and she was like oh, it's okay, are you okay?** | 19 how Meca or Zemeca Hall would act on a day-to-day in |
| 20 **I said, yes, I'm okay. And I just left it alone.** | 20 the store? |
| 21 Q. So you said it was Isaac, Johnson, and | 21 **A. No.** |
| 22 Brothers, Ms. Brothers? | 22 Q. How about you, Ms. Hall? Did -- did you joke |
| 23 **A. Yes.** | 23 around -- |
| 24 Q. And you overheard it? | 24 MR. JANNEY: Ms. Bell? |
| 25 **A. Yes.** | 25 BY MR. BAGGETT: |
| Page 21 | Page 23 |

| | |
|---|---|
| 1 Q. Is that all you overheard or did you hear more | 1 Q. I mean -- I'm sorry. Ms. Bell. |
| 2 before that or after that? | 2 Ms. Bell, did you joke around and -- and -- |
| 3 **A. That's -- I heard the -- I heard -- this is** | 3 and goof off on occasion? |
| 4 **all that I heard. They were conversating (phonetic)** | 4 **A. We laughed and joked and stuff like that, but** |
| 5 **about, because I was trying to go back there to do** | 5 **not while we was working. Like before we opened up** |
| 6 **something in the kitchen, it was -- they was talking** | 6 **we're all -- everybody be back there joking and stuff** |
| 7 **about the scheduling.** | 7 **like that, but not to the point of just acting all** |
| 8 **Ms. -- Ms. Ann said don't put these people --** | 8 **goofy and monkeying around that like, no. They might** |
| 9 **don't put TT, Dominique, I think she said herself, back** | 9 **say something and we all crack up laughing, I might say** |
| 10 **on the schedule because we were supposed to go to West** | 10 **something and we all crack up laughing, then we'll go** |
| 11 **End. He said, I don't know what for. They all act** | 11 **back to it because we know we had to do a certain thing** |
| 12 **like little monkeys, belong back in the zoo. And my --** | 12 **during a certain time before our store opened.** |
| 13 **that's when I went back.** | 13 Q. What -- what does monkeying mean? |
| 14 Q. Is -- is that all that you heard? | 14 **A. I don't know.** |
| 15 **A. That's all that I heard.** | 15 Q. I mean, that was your term. You just said it. |
| 16 Q. And did you perceive that comment to be a | 16 You said we weren't monkeying around. I -- |
| 17 derogatory comment about these individuals' race? | 17 **A. Monkeying around is really acting goofy to me,** |
| 18 **A. I did because that's how I was raised. I was** | 18 **really acting real goofy to me.** |
| 19 **told not to call people monkeys and things like that** | 19 Q. Other than talking to Ms. Brothers -- |
| 20 **because it was racial.** | 20 **A. Uh-huh.** |
| 21 Q. Is it possible that Mr. Isaac was referring to | 21 Q. -- about this comment about the monkeys in the |
| 22 the way that these individuals behaved and was not | 22 zoo, did you bring this to the attention of anybody |
| 23 referring to their race? | 23 else? |
| 24 MR. JANNEY: Objection to form. | 24 **A. Yes. I -- I talked to Ashley about it, Ashley** |
| 25 **A. I don't think so because we knew a certain way** | 25 **Johnson about it.** |
| Page 22 | Page 24 |

6 (Pages 21 to 24)

1　Q.　And what did you say to Ashley Johnson?
2　A.　I just told her, I said, I -- I told her on
3　several occasions that it didn't feel right to me. I
4　said a lot of things start -- a lot of things start
5　feeling not right, period, and all -- maybe -- I told
6　her it -- maybe it was just me, but after the -- after
7　the cash register incident a lot of things just started
8　being like toward me personally and I didn't feel like
9　I should be here no more, but I was look okay, I'm
10　going to try to stay here, I'm going to try to stay
11　here, because I was -- I was happy with my job, you
12　know, but --
13　Q.　Let -- let me go back to the cash register
14　incident or incidents. There was four separate times,
15　correct, --
16　A.　Uh-huh.
17　Q.　-- that your cash register --
18　A.　Yes.
19　Q.　-- came up short?
20　A.　Uh-huh.
21　Q.　Do you recall at what time period these cash
22　register shortages occurred?
23　　　　MR. JANNEY: Wait, wait, wait. That she
24　was told there were cash register shortages or that --
25　or that cash register shortages actually occurred?

Page 25

1　There's a difference.
2　BY MR. BAGGETT:
3　Q.　Do you know when these short -- these cash
4　register shortages --
5　　　　MR. BAGGETT: Let me back up. She
6　testified that the day after that she had a shortage,
7　she was told that there was a cash register shortage.
8　BY MR. BAGGETT:
9　Q.　So my question to you is do you know when --
10　A.　I was told --
11　Q.　-- or what dates, what time of the year, what
12　month and dates, to the best of your knowledge, these
13　cash register shortages occurred?
14　A.　They started in -- they -- I want to say the
15　middle of January.
16　Q.　Of 2008?
17　A.　Uh-huh. Yes. That's when I was approached.
18　Well, I was told that I had been coming up short and I
19　was asked did I know why and I was told -- I told them
20　no.
21　　　　Then Stephen Cardinal had called Ashley
22　Johnson out and told her to tell me, to let me know
23　that my register had been coming up short and it was an
24　investigation going on because they were trying to get
25　to the bottom of it.

Page 26

1　Q.　And that was Mr. Cardinal you said?
2　A.　That was Ashley Johnson told me that from
3　Mr. Cardinal.
4　Q.　Did all four of the cash register shortages
5　occur in the January 2008 time frame?
6　A.　I believe so.
7　Q.　Were they spread throughout the month or were
8　they all -- did they occur in one week? Do you have
9　any recollection of that?
10　A.　No. I was just told that -- they -- they
11　would tell me on several occasions, well, this is not
12　the first time your -- your register came up short.
13　Q.　Who said that?
14　A.　The different managers, but they never told me
15　what days they -- they came up short, so I wasn't
16　knowing. I just know that I came up short. When the
17　investigation actually started is when she started
18　actually telling me that my register came up short.
19　Q.　When did you start working at Green Hills?
20　A.　November the 16th, I believe, 1998, '97 --
21　2007.
22　Q.　Okay.
23　A.　I went too far back.
24　Q.　Was Mr. Isaac working there at that time when
25　you started to work there?

Page 27

1　A.　I believe so.
2　Q.　Okay. Prior to January 2008 when the cash
3　register shortages started occurring, characterize your
4　relationship with Mr. Isaac.
5　A.　I thought it was a okay relationship. I mean,
6　we used to sit and joke and talk and all that.
7　Q.　The -- the two of you got along?
8　A.　Yes, we did.
9　Q.　Did you ever talk to him about things other
10　than work?
11　A.　Yes.
12　Q.　Prior to you overhearing Mr. Isaac refer to
13　you, Meca, and TT as monkeys, had you had any issue
14　with the way that Mr. Isaac treated you or other
15　African Americans?
16　A.　No.
17　Q.　Okay. So your testimony is that prior -- let
18　me back up. When did you say that the monkey comment
19　occurred? You may not know.
20　A.　I believe that -- was it -- it was between
21　January and February because all -- everything started
22　happening together.
23　Q.　Prior to the January/February time frame, so
24　November/December, I mean, --
25　A.　No.

Page 28

7 (Pages 25 to 28)

1   Q.    Okay. But you and Mr. Isaac got along?

2   **A.    Yes.**

3   Q.    Okay. When you heard Mr. -- when you

4  overheard Mr. Isaac make these comments about the

5  monkeys in the zoo you had -- prior to that comment you

6  had a good relationship with him, right?

7   **A.    Yes.**

8   Q.    Did it ever occur to you to go talk to

9  Mr. Isaac about what you overheard him say?

10  **A.    No.**

11   Q.    Did you ever think that you -- it -- it would

12  have been -- it would have been a good idea for you to

13  talk to him to see what he meant?

14  **A.    No.**

15   Q.    You just assumed at that point that it was a

16  racial comment?

17  **A.    Yes.**

18   Q.    The -- the -- the third thing that you

19  mentioned when we were talking about the conversations

20  that you had with Ms. Brothers was that, and -- and I

21  didn't quite understand so I want to get you to help me

22  with it, was that you would work your butt off and --

23  as a cashier and -- and something about cleaning the

24  bathrooms and things like that. Can you help me with

25  that?

Page 29

---

1  **A.    No. It -- after I was asked to be pulled off**

2  **the register --**

3   Q.    Okay.

4  **A.    -- I was told -- well, first -- first I was**

5  **asked -- I asked because -- because my register was**

6  **coming up short could I be pulled off the register. I**

7  **was told no. Then Steve was like -- Steve had told me**

8  **that yes, I could be moved and trained somewhere else,**

9  **so I was training on a different station. I would be**

10  **called from, well, the station I was at to go clean the**

11  **lobby, go take out the trash, go do the bathroom, I**

12  **mean, just anything off the wall, and I had been there**

13  **all day and whoever -- the people at the register just**

14  **be standing there.**

15   Q.    So whose job was it typically to clean the

16  bathrooms?

17  **A.    The cashiers --**

18   Q.    Okay. And what --

19  **A.    -- and the lobby person.**

20   Q.    Okay. And wasn't it your testimony earlier

21  that all the other cashiers on your shift were black?

22  **A.    That was during my time when I was a**

23  **cashier, --**

24   Q.    Okay.

25  **A.    -- but during the time I wasn't a cashier it**

Page 30

---

1  **was like the managers would mostly be up there.**

2   Q.    So why did you think that you being asked

3  to -- to clean the bathrooms and the lobby --

4  **A.    Because it was -- it was -- I'm sorry.**

5   Q.    Let me finish. -- was motivated by any type

6  of racial discrimination?

7  **A.    Because it was a everyday thing. It was every**

8  **day. I could come in and start on prep or whatever and**

9  **there'd be five men standing behind me, Dominique, go**

10  **take out the trash.**

11   Q.    Now, you think you were being discriminated

12  because you were black or because you were a woman?

13  **A.    Both, really. They knew I could -- they knew**

14  **I could lift over that trash can for one. They knew I**

15  **could take that trash out for two. But every day it**

16  **was always me. It was me doing everything that the men**

17  **was supposed to do or either the cash register people**

18  **was supposed to do or you could drop (SIC) the people**

19  **it was supposed to be.**

20   Q.    And -- and who would tell you to do these

21  things?

22  **A.    John Isaac or either he would have one of the**

23  **other shift leaders or either the other managers to**

24  **tell me to do that.**

25   Q.    And who would they be?

Page 31

---

1  **A.    Ashley Johnson and MaryAnn Brothers.**

2   Q.    If Ms. Brothers were to ask you to go take the

3  trash out would that -- would you consider that to be

4  racially motivated?

5  **A.    Yes. I asked her why, why I always got to be**

6  **the one to do it.**

7   Q.    And what did she say?

8  **A.    She would just always say I don't know.**

9  **Just -- John told me to tell you to do it, and Ashley**

10  **say the same. I don't know why, but just -- just go do**

11  **it. I was like, no, well, just fine. I'll do it.**

12   Q.    Did you think you did a good job at cleaning

13  the bathrooms and cleaning up the lobby?

14  **A.    Yes. I knew if I didn't I was going to have**

15  **to go back and do it again.**

16   Q.    Is it possible that the management wanted you

17  to do this task because you were the best at it?

18        MR. JANNEY: Objection to form.

19  Speculation.

20  **A.    I don't know what they thought, but I wasn't**

21  **fixing to -- I don't know what they thought, but I just**

22  **thought that was my job to do every day because they**

23  **had -- they had people assigned to this every day. If**

24  **they wanted me to do this every day I should have been**

25  **assigned for it every day.**

Page 32

---

8 (Pages 29 to 32)

BY MR. BAGGETT:

Q. Did -- did you ever raise this concern with Mr. Isaac that --

A. Yes.

Q. And -- and when was that?

A. After about a week I was doing it every day.

Q. And -- and do you have a time frame estimate for me?

A. I'm going to say -- I want to say it was around the second week in February.

Q. And -- and tell me about that conversation that you had with Mr. Isaac.

A. I asked him, I said -- what was the conversation? He was asking me how -- how I was doing, how everything was going, and I was like I'm all right, but I have a question. He was like what is your question? And I told him, I said, I don't feel like it's right for me to have to come in and do -- let me back back. I asked him all day is it right that I'm one of the first people that are hit every day, maybe six times out of a week, six days out of a week, doing everything that you-all ask me to do, and I just feel like I'm being used. He asked me why did I feel like that, and I said because I'm the only person doing the lobby and the bathrooms and the trash cans, but you got

Page 33

everybody that's here that's supposed to be doing it. He was like, well, I didn't know you felt like that. I said, well, I do. So I thought that was going to be the end of it, but it wasn't. I would still end up doing the same thing over and over and over again.

Q. Did any other employees ever clean the bathrooms while you were working?

A. Maybe once or twice.

Q. Let me ask you this. How often do the bathrooms need to be cleaned at Five Guys?

A. Before opening, every time -- I'm going to say somebody was -- was supposed to go in the bathrooms every hour.

Q. And did you go to the bathroom every hour and -- and clean the bathroom each and every day?

A. Majority of the time, yes. Not -- not -- I'm not going to say every day, but like maybe four days out of a week I was.

Q. But there were other individuals that -- that were asked to clean the bathroom?

A. That -- when they was assigned to it. And like if I was on -- like I say, I was on the -- the topping then they know I couldn't move, so, therefore, somebody else, whoever was assigned to the lobby and the bathroom, do the -- the lobby and the bathroom.

Page 34

Q. Do you agree that it's important at Five Guys for the bathroom to be clean?

A. Yes.

Q. Okay. And do you also agree that it's -- it's critical for there to be an employee to -- to clean the bathroom to ensure that it's clean for the guests?

A. Uh-huh. Yes.

Q. Now, let's -- let's shift gears a little here. Are you currently employed?

A. No.

Q. When you left -- when your -- when your employment with Nashville Five Guys or Five Guys ceased have you been employed since then?

A. Yes.

Q. Where?

A. At the Rochelle Center and Mapco Express.

Q. Are those the only two places?

A. Yes.

Q. What is the Rochelle Center?

A. It's a center where people with medical disabilities -- well, the part I worked in people with medical disabilities was going in there and doing like -- I guess you would say learning skills, learning skills as to working, working like in the factory maybe, sort of speak.

Page 35

Q. What was your position there?

A. I was a -- I don't -- what was I? They had a name for it. I'm not for sure the name, but --

Q. Would -- would part-time direct support assistant sound right?

A. Yes, something like that.

Q. Okay. When -- when did you start employment at the Rochelle Center, do you recall?

A. No.

(Deposition Exhibit 1 marked.)

BY MR. BAGGETT:

Q. Ms. Bell, have you seen this document before?

A. No.

Q. Okay. Let me ask you a question real quick. Did -- how did your employment at Rochelle Center cease? Did you voluntarily resign or were you terminated?

A. Actually, I -- I really don't know because I was going back and forth to the hospital and I had called out one day and they told me to call back the next day. Actually -- actually, it was both just to be honest. I was quit and then I also had told them I had to -- I had -- I told them that I had to quit and they also told me just don't worry about it, they'll just let me go, so both I imagine.

Page 36

9 (Pages 33 to 36)

1  Q.  Ms. Bell, I'm going to represent that this is
2  a document that we received from the Rochelle Center in
3  response to a subpoena that we issued. This document
4  has been provided and produced to your attorneys
5  although it doesn't possess a -- a Bates stamp. On --
6  on -- on the first page there's a cover letter that
7  says -- it's got their emblem, Rochelle Center, and it
8  says that Ms. Dominique Bell, based on -- let me back
9  up.
10      The Rochelle Center, a private non-profit
11  organization providing services and supports to adults
12  with disabilities, employed Ms. Dominique Bell as a
13  part-time direct support assistant from July 23rd, 2008
14  until her termination on August 14th, 2008.
15      Would you agree that your employment started
16  there on July 23rd, 2008?
17  A.  Yes.
18  Q.  Okay. And would you agree that your
19  employment ceased on or about August 14th, 2008?
20  A.  Yes.
21  Q.  Do you agree that you were terminated based on
22  reading this?
23  A.  Yes. Yes.
24  Q.  Did you make more money at -- at Five Guys or
25  at the Rochelle Center, on a weekly basis?

Page 37

1  A.  On a weekly basis? Five Guys.
2  Q.  Have you had a chance to look through these
3  documents?
4  A.  I'm looking.
5  Q.  Take your time. After reviewing these
6  documents, and -- and I know you've -- you've looked at
7  the first page and said that you would agree that you
8  were terminated, after reviewing the rest of the
9  documents do you still agree that you were terminated
10  from the Rochelle Center?
11  A.  I mean, I guess. They sent me a separation
12  notice saying --
13  Q.  While you were employed at the Rochelle
14  Center, I'm looking at the fourth page, were you
15  provided with a disciplinary notice?
16  A.  Uh-huh.
17  Q.  Is that your signature at the bottom?
18  A.  Uh-huh.
19      MR. JANNEY: Verbalize.
20      THE WITNESS: Yes. Sorry.
21  BY MR. BAGGETT:
22  Q.  Okay. And this document states that you were
23  on a probationary period for 26 days and there's a
24  check next to termination, correct?
25  A.  Yes.

Page 38

1  Q.  Okay. And suggestions for corrective action,
2  this says none. Employee is terminated from
3  employment. Is that correct?
4  A.  Yes.
5  Q.  Okay. And there's actually a spot there for
6  you to put -- to -- to make comments, and you didn't
7  make any comments; is that correct?
8  A.  Right.
9  Q.  Did you disagree with anything in this
10  disciplinary notice when it was issued to you?
11  A.  This right here? I mean, I couldn't because I
12  was -- I knew that I was going back and forth to the
13  doctor, so ain't no sense to try and dispute it.
14  Q.  Okay. Earlier you mentioned that -- you
15  mentioned a health condition. What health condition
16  were you referring to?
17  A.  I have diabetes and sickle cell.
18  Q.  How long have you been diagnosed with
19  diabetes?
20  A.  Since 1999.
21  Q.  Are you on insulin?
22  A.  I'm off and on. I was for a minute, but not
23  anymore.
24  Q.  Should you be on insulin or the doctor has
25  said that you don't need to be on insulin now?

Page 39

1  A.  I don't need to be on insulin now.
2  Q.  The same question with sickle cell. How long
3  have you been diagnosed with sickle cell?
4  A.  Since I was in the 10th grade. It was -- I'm
5  going to say '94, '95.
6  Q.  Okay. So according to this document from
7  Rochelle Center you were employed from July of -- July
8  23rd, 2008 till August 14th, 2008.
9      When did you start working at Mapco Express.
10  You can push that aside. We don't need that now.
11  There's nothing in there about Mapco Express.
12  A.  No.
13  Q.  Okay.
14  A.  Oh, Mapco Express, I started working there in
15  October, I believe, October or November of 2007,
16  2000 -- 2008.
17  Q.  And what is Mapco Express?
18  A.  It's a gas station.
19  Q.  And -- and why did you leave Mapco Express?
20  A.  Because I have blood clots in my legs and
21  could no longer stand up -- up on my legs like that.
22  Q.  So you voluntarily resigned?
23  A.  Yes.
24  Q.  What was your position at Mapco Express?
25  A.  Cashier.

Page 40

10 (Pages 37 to 40)

| | |
|---|---|
| 1  Q.    And what was the cause of you getting blood | 1  A.    No. |
| 2  clots in your legs? | 2  Q.    Other than these two temp agencies that you |
| 3  **A.    I haven't the slightest idea.** | 3  applied to in April of 2009 on the same day, have you |
| 4  Q.    Now, did you see a doctor regarding these | 4  applied to any other employers seeking employment? |
| 5  blood clots? | 5  A.    No. |
| 6  **A.    Yes.** | 6  Q.    Are you able to work currently? |
| 7  Q.    Did the doctor give you any type of diagnosis | 7  **A.    Really, I'm not, but I still try to get jobs** |
| 8  regarding the blood clots? | 8  **that I can -- know I can like sit down and do like data** |
| 9  **A.    No.** | 9  **entry, jobs like that, but as far as standing all day,** |
| 10  Q.    Was it caused by standing? | 10  **no.** |
| 11  **A.    They said that it could be caused by standing,** | 11  Q.    Okay.  Let -- let me clarify -- let me attempt |
| 12  **but the cause of it they never -- they never came to a** | 12  to clarify.  Is it your testimony that you can't work |
| 13  **conclusion.** | 13  in a position that stands? |
| 14  Q.    And as a cashier at Mapco Express were you | 14  **A.    Right.** |
| 15  standing a lot? | 15  Q.    But you can work in a position that doesn't |
| 16  **A.    Yes.** | 16  require you to be on your feet; -- |
| 17  Q.    After you left Mapco in February of 2009 what | 17  **A.    Right.** |
| 18  have you done since then to seek new employment? | 18  Q.    -- is that accurate?  So a clerical position |
| 19  **A.    I put in applications over the Internet.** | 19  that you'd be sitting down for the majority of the day |
| 20  **That's about it.** | 20  would be a position that you could handle? |
| 21  Q.    To where? | 21  **A.    Right.** |
| 22  **A.    To temp agencies and -- temp agencies.** | 22  Q.    On either of these applications that you |
| 23  Q.    What temp agencies? | 23  filled out for All Star and Maximus did they ask why |
| 24  **A.    All Star, what -- All Star and a place -- a** | 24  your employment with Nashville Five Guys ended? |
| 25  **place called Maximum, Maximus.** | 25  **A.    No.  They didn't go that far into detail.** |
| Page 41 | Page 43 |

| | |
|---|---|
| 1  Q.    When did you apply to All Star? | 1  Q.    Do you believe race played a factor in your |
| 2  **A.    Last month.** | 2  termination from Rochelle Center? |
| 3  Q.    How about to Maximus? | 3  **A.    Yes.** |
| 4  **A.    The same day.** | 4  Q.    You do? |
| 5  Q.    Did you hear anything back from either of | 5  **A.    Yes.** |
| 6  those -- | 6  Q.    Are you planning on filing an EEOC against the |
| 7  **A.    No.** | 7  Rochelle Center? |
| 8  Q.    -- organizations? | 8  **A.    At the Rochelle Center?  No, no.** |
| 9  **A.    No.** | 9  Q.    So your testimony is -- |
| 10  Q.    What type of position were you looking for? | 10  **A.    I'm sorry.** |
| 11  **A.    Clerical at All Star and at Maximus they have** | 11  Q.    -- that you're -- not only are you not |
| 12  **the -- the medical part, so I was going for medical.** | 12  planning to file an EEOC charge, but you're not -- you |
| 13  Q.    Did you fill out any type of job applications | 13  don't believe that race played a factor? |
| 14  with these -- | 14  **A.    No.** |
| 15  **A.    The on line application, yes.** | 15  Q.    Okay.  I believe your testimony was, Ms. Bell, |
| 16  Q.    Do you have any copies of those applications? | 16  that you were employed with Five Guys from November of |
| 17  **A.    No.** | 17  '07 to April of '08; is that correct, and if it wasn't |
| 18  Q.    Okay.  On those on line applications did it | 18  your testimony we haven't addressed it.  Do those dates |
| 19  ask what type of salary you were looking for? | 19  sound accurate? |
| 20  **A.    No.  It was like -- it wasn't a full** | 20  **A.    I believe -- I believe so.** |
| 21  **application.  It was just a mini application.** | 21  Q.    Who hired you at Five Guys? |
| 22  Q.    And you didn't hear back from either one of | 22  **A.    Randy.** |
| 23  them -- | 23  Q.    That would be Mr. Randy Williams? |
| 24  **A.    No.** | 24  **A.    Yes.** |
| 25  Q.    -- in response to your application? | 25  Q.    And is Mr. Williams the GM at the Green Hills |
| Page 42 | Page 44 |

11 (Pages 41 to 44)

CLEETON DAVIS COURT REPORTERS, LLC
(615) 726-2737
Case 3:08-cv-01166   Document 69-1   Filed 11/09/09   Page 12 of 26 PageID #: 1705

1  store, I'm sorry, at the --
2  **A.     I was at the Green Hills store.**
3  Q.     I'm sorry. Who is Mr. Williams?
4  **A.     He was -- I don't know if he was the GM or**
5  **not. I know he was one of the managers. He wasn't**
6  **there that long. But I -- I believe he is -- he was**
7  **the GM at the time, I believe.**
8  Q.     Okay. He was the GM at the Green Hills
9  store --
10  **A.     Yes.**
11  Q.     -- when you started working?
12  **A.     Yes.**
13  Q.     Were you hired into the cashier position or
14  was that -- was there a specific position that you
15  were hired into?
16  **A.     It was a crew.**
17  Q.     Okay. Did you ever receive any training as a
18  new employee at Five Guys?
19  **A.     Yes. They brought in some trainers from**
20  **Virginia, I believe, and trained us.**
21  Q.     Did any of these trainers talk to you or any
22  other employees, to the best of your knowledge,
23  regarding anything pertaining to discrimination in the
24  workplace?
25  **A.     No.**

Page 45

1  Q.     Did you receive a -- an employee handbook when
2  you started working?
3  **A.     No.**
4  Q.     At any time during your employment at Five
5  Guys have you received an employee handbook?
6  **A.     No.**
7  Q.     Has anybody even mentioned an employee
8  handbook to you?
9  **A.     No.**
10  Q.     Okay. You have no knowledge as to whether
11  there was a -- an employee handbook in the store that
12  all employees would review at their leisure?
13  **A.     No. If there was I don't remember it.**
14  Q.     You have no knowledge as to whether it's a
15  requirement for employees to -- to be familiar with the
16  policies and procedures of the employee handbook; is
17  that correct?
18  **A.     Correct. If it was I don't remember that.**
19  Q.     Did you work at the Green Hills store the
20  entire time you were employed at Five Guys?
21  **A.     Yes.**
22  Q.     Was there a time that Mr. Williams was not
23  your GM?
24  **A.     Yes. He left or he went somewhere.**
25  Q.     Okay. And who replaced him as GM?

Page 46

1  **A.     I believe it was John Issac, I believe.**
2  Q.     During your tenure at Five Guys were there
3  occasions when you failed to call in to work when you
4  weren't going to be able to make it to work?
5  **A.     No.**
6  Q.     Were there occasions when you were employed at
7  Five Guys when you were going to be late and you failed
8  to call in?
9  **A.     No.**
10  Q.     I mean, are you sure or are you -- is that --
11  **A.     Yes, I'm sure.**
12  Q.     Okay. Did you ever have a problem with
13  getting to work on time?
14  **A.     No.**
15  Q.     Did anyone ever tell you that you had a
16  problem in getting to work on time?
17  **A.     No. I was told after I had got terminated**
18  **that I had a problem getting to work on time.**
19  Q.     Have you ever received a voice mail from
20  Mr. Isaac leaving you messages saying where are you?
21  **A.     No.**
22  Q.     You're supposed to be at work, you're not
23  here, nothing along those lines?
24  **A.     Not that I can recall, no.**
25  Q.     So your testimony is that Mr. Isaac has never

Page 47

1  left you a voice mail, to the best of your
2  recollection, where in that voice mail he was
3  addressing some type of attendance or tardiness issue?
4  **A.     Not that I recall, no.**
5  Q.     Do you know LaShonda Jackson?
6  **A.     Yes, I do.**
7  Q.     How do you know LaShonda?
8  **A.     She was my best friend.**
9  Q.     She was your best friend?
10  **A.     Yes, she was.**
11  Q.     What happened?
12  **A.     She started kissing up to Mr. Isaac.**
13  Q.     And you didn't like her being friends with
14  Mr. Isaac?
15  **A.     I -- me and her, we -- we still continued to**
16  **talk until like two weeks ago.**
17  Q.     So you and Ms. Jackson were best friends --
18  **A.     Uh-huh.**
19  Q.     -- and then that relationship changed because
20  she was friendly with Mr. Isaac?
21  **A.     No. It changed because she showed a**
22  **difference towards me, not just because of Mr. Isaac.**
23  **It was like she would come to me talking about me and**
24  **John did, me and -- I don't want to hear about that**
25  **because I'm no longer with them, so don't tell me**

Page 48

12 (Pages 45 to 48)

CLEETON DAVIS COURT REPORTERS, LLC
(615) 726-2737
Case 3:08-cv-01166   Document 69-1   Filed 11/09/09   Page 13 of 26 PageID #: 1706

| | Page 49 | | Page 51 |
|---|---|---|---|

1 nothing about them. But then she would get to the
2 point where -- when it first began we started
3 working -- we started working there together. When she
4 was at work I watched her kids. She stayed with me.
5 But then after I stopped working there -- well, she
6 went on maternity leave, came back, she -- she started
7 changing then. Then it was a -- a incident where I had
8 to call out. I talked to Mr. Newman, asked him to let
9 me speak to John, told John I would not be able to come
10 in today. He said, okay, just call me tomorrow and I
11 give you a schedule.
12 Well, come to find out the next day I called
13 and I was -- had been -- I was told they no longer
14 need -- needed me. About two days after that I was
15 told that, Ms. Jackson was sitting there with me while
16 I was sick, had told she didn't hear me
17 tell him that. That's why I was terminated. Then a
18 couple hours later she came back to me and told me that
19 she had told that I quit. So we don't have that kind
20 of relationship anymore.
21 Q. That was a lot. Let me back up and kind of
22 break this down.
23 Is Ms. Jackson African American?
24 A. Uh-huh.
25 Q. Did you live with her at some point in time?
**Page 49**

1 A. No, she live with me.
2 Q. Oh, it was the -- you-all lived together?
3 A. Yes.
4 Q. Okay. Would you and Ms. Jackson ride to work
5 together on occasion?
6 A. Yes.
7 Q. So -- so -- so walk me through this -- this
8 incident where you needed to call out and you spoke
9 with Mr. Newman. Walk -- help me understand that.
10 Just walk me through it.
11 A. It was a Saturday morning. I had got up, did
12 not feel good, called into work. Jim Newman answered
13 the phone. Said, Jim let me -- is John there? He say,
14 yes. Hold on. What's wrong? I said I don't feel
15 good. Let me speak to John because I ain't going to be
16 able to come in. And John got on the phone. John, I
17 don't feel good. Maybe if I feel better later on I
18 come it. Well, don't worry about, Dom. Just call me
19 later on, or you can call me tomorrow and I'll give you
20 your schedule for next week.
21 Called him back that Sunday and I was told
22 that he no longer needed me.
23 Q. What time were you scheduled to work on this
24 Saturday, do you recall?
25 A. I was scheduled to be there at 10:00 o'clock.
**Page 50**

1 Q. What time did you call?
2 A. 8:00 o'clock.
3 Q. You called at 8:00 a.m.?
4 A. Yes.
5 Q. Was it typical for there to be people at the
6 store at 8:00 a.m.?
7 A. Yes.
8 Q. Okay. Now, what did LaShonda say that made
9 you upset or did --
10 A. She -- later on that evening she -- well, I
11 was told by LaShonda -- well, no, I was told by someone
12 that worked at Five Guys. Who told me that? An
13 employee of Five Guys came back and told me that
14 LaShonda had told John Issac that -- he asked her why
15 did I call out. She told him I ain't know nothing
16 about her calling out. Then it was -- I didn't -- I
17 was sitting there with her and I didn't hear her call
18 out.
19 Q. Why would Ms. Jackson lie?
20 A. I don't know.
21 Q. And you're certain that you called in and
22 spoke with Mr. Newman on that day?
23 A. Yes, I am.
24 Q. And you're certain that you spoke to Mr. Isaac
25 on that day?
**Page 51**

1 A. Yes, I am.
2 Q. And Ms. Jackson was with you that entire time?
3 A. She was sitting right next to me on my couch.
4 Q. Earlier you -- you were saying that one of the
5 issues that you had with Ms. Jackson was that she and
6 Mr. Isaac, they were -- they were close and had a good
7 relationship or something along those lines.
8 A. That -- she started changing once she came
9 back off of maternity leave with Mr. Isaac and I
10 don't -- I don't know. She kind of like pushed me to
11 the side, but that's not really why -- why me and
12 her -- why I lost interest in her, or whatever, because
13 we was still talking to this day, well, till like two
14 weeks ago we was still talking, but she would change to
15 the point where -- she'll come -- come back and be
16 like, well, you know, it's such and such and such being
17 said and, you know, you quit and you didn't get fired
18 and stuff like that. I don't want to hear that. So my
19 thing was she was trying to -- I thought she was trying
20 to play me -- to get information out of me to go back
21 and tell him. You know what I'm saying? That's how I
22 felt.
23 Q. So it's your testimony that Ms. Jackson was
24 telling other employees of -- of Five Guys that you
25 were not terminated and that you quit?
**Page 52**

13 (Pages 49 to 52)

CLEETON DAVIS COURT REPORTERS, LLC
(615) 726-2737
Case 3:08-cv-01166   Document 69-1   Filed 11/09/09   Page 14 of 26 PageID #: 1707

| | |
|---|---|
| 1 **A.** That's what I was under the impression of | 1 was. |
| 2 because that's what she came back and told me. | 2 **Q.** Did you ever tell Ms. Jackson that you didn't |
| 3 **Q.** And Ms. Jackson told you that's what she had | 3 feel like going to work and you weren't going to call |
| 4 been telling people? | 4 in, you just weren't going to go to work? |
| 5 **A.** That's what she told me was told to her. | 5 **A.** No. |
| 6 **Q.** Now, who -- do you know who told her that? | 6 **Q.** You never had a conversation with Ms. Jackson |
| 7 **A.** She told me that Mr. Isaac told her that I | 7 that was anywhere similar to that? |
| 8 quit. | 8 **A.** No. |
| 9 **Q.** So maybe I was confused and didn't understand | 9 **Q.** Did you ever complain to Ms. Jackson while you |
| 10 what you were saying, but let me -- let me go back and | 10 were friends that you thought you were being |
| 11 make sure I'm clear. | 11 discriminated on -- |
| 12 Did Ms. Jackson tell other people that you | 12 **A.** Yes. |
| 13 were not terminated, that you quit? | 13 **Q.** -- due to your race? |
| 14 **A.** I don't know what she told other people. I | 14 **A.** Yes. |
| 15 know what she told me. | 15 **Q.** When was that? |
| 16 **Q.** Did she tell you that she told other people | 16 **A.** I told her while she was on maternity leave. |
| 17 that you had quit? | 17 **Q.** Where were you when you told her this? |
| 18 **A.** She told me that it was told to her that I | 18 **A.** At my house. |
| 19 quit. | 19 **Q.** And what did you say? |
| 20 **Q.** I understand. That's -- my question is a | 20 **A.** I told her that I didn't -- I felt like he |
| 21 different question. Did she tell you also that she had | 21 was -- he was discriminating against me because of |
| 22 told other that you quit? | 22 certain things that he would do. |
| 23 **A.** No. | 23 **Q.** And what things did you explain to her that he |
| 24 **Q.** Okay. How would you characterize | 24 would do? |
| 25 Ms. Jackson's relationship with Mr. Isaac? Are they | 25 **A.** Like when I was called a monkey, I told her |
| Page 53 | Page 55 |
| 1 friendly? | 1 about that incident. When I was being told to do the |
| 2 **A.** Every -- | 2 cash register, when -- when I was being told to -- to |
| 3 MR. JANNEY: Objection to form. | 3 do the lobby and things like that, I told her about |
| 4 **A.** -- everybody was friendly to him. He would -- | 4 that. I told her about the cash register incident. |
| 5 BY MR. BAGGETT: | 5 She knew a lot about everything, a lot -- everything |
| 6 **Q.** Is Ms. Jackson friendly to -- to him? | 6 that I went through she knew about because she was my |
| 7 **A.** Yes. | 7 best friend. She was like my sister to me, so she knew |
| 8 **Q.** Is Mr. Isaac friendly to her? | 8 everything. |
| 9 **A.** I don't know now. | 9 **Q.** And did she have any opinion as to whether she |
| 10 **Q.** While -- while you were employed at the store | 10 agreed with you that you'd been discriminated against |
| 11 did you have an occasion to observe Mr. Isaac and | 11 or did she say -- |
| 12 Ms. Jackson interacting with one another? | 12 **A.** Yes, she was -- |
| 13 **A.** Yes. | 13 **Q.** -- at all? |
| 14 **Q.** And were they friendly to one another? | 14 **A.** -- she felt like that I was being |
| 15 **A.** Yes. | 15 discriminated against, but that's what she was just |
| 16 **Q.** Was it your opinion that Mr. Isaac and | 16 telling me, so I don't know what she told everybody |
| 17 Ms. Jackson got along well with one another? | 17 else. |
| 18 **A.** Yes. | 18 **Q.** Did Ms. Jackson ever tell you that she felt |
| 19 **Q.** Do you have any reason to believe that | 19 she was being discriminated against by anyone at Five |
| 20 Mr. Isaac discriminates against Ms. Jackson for her | 20 Guys? |
| 21 race? | 21 **A.** No. |
| 22 **A.** I do not know because of when she was on | 22 **Q.** Going back to the -- the time period when you |
| 23 maternity leave and when she -- well, when she came | 23 had called Mr. Newman to call out on that Saturday |
| 24 back from maternity leave is when I was terminated or | 24 morning and you spoke to John, is it your testimony |
| 25 quit as they -- terminated or quit or whichever one it | 25 that the following day, that Sunday, is when Mr. Isaac |
| Page 54 | Page 56 |

14 (Pages 53 to 56)

1 informed you that you were terminated?
2 A. Yes.
3 Q. Okay. And what did Mr. Isaac tell you
4 exactly?
5 A. He told me that don't worry about it. He
6 didn't need me anymore.
7 Q. Did he say anything else?
8 A. No.
9 Q. Did you say anything else?
10 A. I said so what are you saying? He say just
11 don't worry about it. Just -- we don't need you
12 anymore. There right there is telling me what -- that
13 I'm fired. What else is there to say?
14 Q. Well, how did that make you feel?
15 A. I felt hurt.
16 Q. And you didn't ask him any questions as to why
17 you were being let go?
18 A. No, because since January and February it was
19 like we didn't have a connection anymore. It was --
20 everything was also in a smart way.
21     THE VIDEOGRAPHER: Going off the record.
22 The time is 5:15.
23     (Recess taken.)
24     THE VIDEOGRAPHER: Here we go. We are
25 back on the record. The time is 5:26.
Page 57

1 BY MR. BAGGETT:
2 Q. Ms. Bell, do you recall filing a charge with
3 the EEOC?
4 A. Yes.
5 Q. I've handed you a document that's been marked
6 Bell Exhibit 2. Do you recognize this document?
7 A. Yes.
8     (Deposition Exhibit 2 marked.)
9 BY MR. BAGGETT:
10 Q. Is this the document that you filed with the
11 EEOC?
12 A. Yes.
13 Q. And does your signature appear on this
14 document?
15 A. Yes.
16 Q. I want to draw your attention to that
17 middle -- the second paragraph, the big paragraph. I
18 want to start with the sentence that says TT, comma,
19 Meca, comma, MaryAnn, and Jim all went to -- to a new
20 store. Tim, black, and Broderick, black, and I was
21 the only black employees left working in our store.
22 John fired all three of us.
23     What do you know about how Mr. -- or Tim and
24 Broderick were terminated?
25 A. I really don't.
Page 58

1 Q. Okay.
2 A. I just know that they were fired.
3 Q. How do you know that they were fired?
4 A. Because I was there when they got fired.
5 Q. Who fired them?
6 A. Mr. Isaac.
7 Q. Do you know why they were fired?
8 A. No, I don't.
9 Q. Okay. Then how do you know that they were
10 fired?
11 A. I -- because I was there the day they got
12 fired.
13 Q. Well, what occurred -- what did you observe to
14 make you draw the conclusion that they had been fired?
15 A. Because one of them -- one of them had came in
16 that day, I'm not for sure if it was Tim or Broderick,
17 and by the end of the shift something had happened and
18 he had came around the corner and was just mad or
19 something, and Mr. Isaac was like don't even worry
20 about it, don't even worry about it, and later on that
21 night I called to ask him was he okay and he like yes.
22 We just both got fired. Okay. You-all got fired. I
23 mean, they was -- it wasn't me, so I wasn't really
24 concerned about it. I just know that they got fired,
25 is what they told me.
Page 59

1 Q. So Tim and Broderick, one of them called you
2 and told you that they had been fired?
3 A. I had called to check on Broderick, I believe
4 it was.
5 Q. Do -- do you know Broderick or -- Tim's
6 last name?
7 A. No.
8 Q. Were they related?
9 A. I thing they were Brothers.
10 Q. But -- as you sit here today you don't know
11 the -- the facts that led up to them --
12 A. And I don't know the facts.
13 Q. Okay. Let -- let me finish the question.
14 Okay. The question would be as you sit here today you
15 don't know the facts or any of the facts that led to
16 the separation of employment of Tim and Broderick; is
17 that correct?
18 A. Right.
19 Q. Is it your opinion that -- that Tim and
20 Broderick were terminated based on their race?
21 A. I would say kind of because I've -- I've heard
22 comments being made.
23 Q. Like what?
24 A. A -- about Broderick. He -- it was overheard
25 that he just a -- he just a lazy ass nigger. I've
Page 60

15 (Pages 57 to 60)

| | |
|---|---|
| 1 heard that once. | 1 Q. And -- but you're -- you're sure that |
| 2 Q. Who said that? | 2 Mr. Isaac had said this? |
| 3 A. Mr. Isaac. | 3 A. Yes. |
| 4 Q. You -- you overheard that? | 4 Q. But you -- you don't know who else was there |
| 5 A. Yes. | 5 or who Mr. Isaac was speaking to? |
| 6 Q. And -- and where were you when you overheard | 6 A. The only person I knew that he was talking to |
| 7 this? | 7 was Broderick, so if he wasn't talking to Broderick |
| 8 A. I was in the store. | 8 he -- he might have been talking about me. I don't |
| 9 Q. Where in the store? | 9 know. I just know I heard maybe he's a lazy ass |
| 10 A. On the toppings. | 10 nigger. |
| 11 Q. And it's your testimony that Mr. Isaac said | 11 Q. And what did you do after you heard this? |
| 12 that he was a lazy ass -- | 12 A. I went to -- to the cooler. |
| 13 A. Nigger. | 13 Q. Did you tell anybody that Mr. Isaac had used |
| 14 Q. -- nigger? How did that make you feel? | 14 this type of language? |
| 15 A. I was just like whoa, but it was -- it didn't | 15 A. Yes. I mean, I told them on several |
| 16 come as a shock to me because I've heard him talk like | 16 occasions. I told MaryAnn -- no, I didn't -- yes, I |
| 17 that before. | 17 called MaryAnn Brothers because I believe she was at |
| 18 Q. How many times have you heard him talk like | 18 the West End store during that time, and I told -- told |
| 19 that before? | 19 Ashley Johnson. Yes. Those are the only two that I |
| 20 A. Several occasions. I'm not for sure how many | 20 ever told anything to. |
| 21 times. | 21 Q. Why didn't you list this occurrence or -- or |
| 22 Q. Was it Tim or Broderick that Mr. Isaac | 22 this issue with Mr. Isaac using this language in your |
| 23 allegedly made that comment to? | 23 EEOC charge? |
| 24 A. It was Broderick because Broderick had hurt | 24 A. Because the lady told me to only list things |
| 25 his foot. | 25 that was concerning to me. |
| Page 61 | Page 63 |

| | |
|---|---|
| 1 Q. Was Broderick there? | 1 Q. So you weren't offended when you heard |
| 2 A. Huh? | 2 Mr. Isaac use that language? |
| 3 Q. Did Broderick overhear it? | 3 A. Yes, I was offended, but it wasn't towards me. |
| 4 A. Uh-uh. | 4 She said if he wasn't talking towards me or to me then |
| 5 MR. JANNEY: Verbalize. | 5 it wasn't needed on the paper. |
| 6 THE WITNESS: No. | 6 Q. Okay. Who -- who was this lady at the EEOC, |
| 7 BY MR. BAGGETT: | 7 do you know? |
| 8 Q. And when you heard this statement by Mr. Isaac | 8 A. It was the lady at the desk who told me to |
| 9 who else was in -- within earshot? | 9 write down -- who told me to fill out the charge paper. |
| 10 A. I'm not for sure because I was heading towards | 10 Q. And she was giving you advice on how to fill |
| 11 the cooler and I didn't even look back. | 11 it out? |
| 12 Q. Who was Mr. Isaac talking to, do you know? | 12 A. No. I had wrote down one and she told me |
| 13 A. I don't know. | 13 that -- that the one I had wrote at first would not be |
| 14 Q. Was he on the phone or -- | 14 admissible because a lot of stuff that was on there was |
| 15 A. No. He was -- actually, I was at the | 15 not pertaining to me. |
| 16 toppings, I was going into the cooler, and Mr. Isaac | 16 Q. She said admissible? |
| 17 was like by the fry station, and I don't -- I don't | 17 A. That's what -- she didn't say admissible. |
| 18 recall who -- who was around him, but I do know | 18 That's the word I'm using. I'm not for sure what the |
| 19 Broderick had said something about his foot was still | 19 word she used. |
| 20 hurting him, could he go home, or something, and | 20 Q. Okay. What did this individual look like? |
| 21 Broderick -- he told Broderick -- it was either are you | 21 Was it a female? |
| 22 sure or do you think you can make -- stay for the rest | 22 A. She was female. |
| 23 of the day, or something like that, and when I was | 23 Q. A white female? |
| 24 getting ready to turn around Broderick was going around | 24 A. Yes. |
| 25 the cooler and he say he just a lazy ass nigger. | 25 Q. What -- what did she look like? |
| Page 62 | Page 64 |

1  A.   She was a white female. She was kind of -- I
2  want to say she was a little bit taller than me. She
3  had brown or auburn like hair pulled back into a
4  ponytail.
5  Q.   And that was at the Nashville EEOC office?
6  A.   Yes.
7  Q.   How did T -- excuse me. How did Tim and
8  Broderick getting fired by John relate to you?
9  A.   Because all -- all three of us had got fired,
10 and when I was getting interviewed --
11 Q.   When did you -- when do you think Mr. Isaac
12 made this comment? You said that you believe that
13 MaryAnn was already at the West End store. I'm trying
14 to help you place the time. Do you have any idea what
15 month it would be?
16 A.   No, I don't.
17 Q.   Okay. Did you ever tell Mr. Cardinal?
18 A.   No.
19 Q.   Was he still employed at that time,
20 Mr. Cardinal that is?
21 A.   I'm not for sure. I never went to him because
22 he was always in and out the store and most time when
23 he came I wasn't there, and plus I was used to talking
24 to MaryAnn and Ashley. I just felt comfort -- more
25 comfortable talking to them.
Page 65

1  Q.   So did you -- you told -- your testimony is
2  you told MaryAnn Brothers about this lazy ass nigger
3  comment by Mr. Isaac?
4  A.   I believe so.
5  Q.   So you -- you don't recall whether you had
6  this conversation with Ms. Brothers?
7  A.   I -- I believe I do because I told her
8  about -- every time that I felt -- felt bad about
9  working.
10 Q.   Do you specifically recall having a
11 conversation with Ms. Brothers about this comment?
12 A.   Yes.
13 Q.   Okay. And what did Ms. Brothers say?
14 A.   She -- she -- she asked me was I sure. She
15 used to always ask me the same question, are you sure,
16 you sure you heard that? Yes, yes, yes. Well, how did
17 it make you feel? I said how it make me feel. And she
18 be like well, maybe he didn't mean it. Well, I said,
19 well, he didn't, but he keep on using the same kind of
20 comment, I said, and it -- it really makes me feel kind
21 of bad, you know what I'm saying, because of him saying
22 stuff like that, I said, but then again, maybe that's
23 just him talking like that, but then it got to the
24 point where it just got worse and worse and worse.
25 Q.   How did it get worse?
Page 66

1  A.   Him just -- it wasn't just -- every time -- it
2  was like every time he got mad or caught a attitude
3  something like that will come out if he was talking to
4  a -- to a black person.
5  Q.   Well, we -- at at -- at the beginning of the
6  deposition we were talking about you listening to -- to
7  things where -- or to incidents where you thought you
8  were discriminated against, specifically the one that
9  you had conversations with Ms. Brothers and you listed
10 those three things. You listed the zoo comment, the
11 cash shortages, and having to clean the bathrooms.
12 A.   Uh-huh.
13 Q.   -- and -- and now, after we've covered that
14 you're adding this additional comment that John made.
15 A.   Because it wasn't toward me.
16 Q.   Okay. Well, --
17 A.   You asked me about what was toward me.
18 Q.   Okay. Well, let's -- let's open it up then.
19 What other comments did you hear from Mr. Isaac that
20 you thought were racially discriminatory?
21 A.   It was a high school student that was working
22 there. She didn't -- I don't know. I guess her check
23 wasn't there or it didn't have the -- her check wasn't
24 there or either didn't have enough hours on it, or
25 whatever, and she came in and she asked for a check and
Page 67

1  Mr. Isaac said it wasn't there, and I -- I guess it
2  was -- it might have been she came in a week before her
3  check was supposed to been there or she was supposed to
4  be paid the next pay period or either she came in on
5  a -- end of a pay period and supposed to get the
6  check the next pay period, but she kind of got upset
7  and he kind of got upset and said -- he use -- what
8  words did he use for her? He said something to the
9  point of something -- all these -- I'm trying to get it
10 right so I don't get it wrong.
11 Q.   What was the name of that person?
12 A.   I -- I don't know the little girl's name.
13 Q.   And she was at the West End store?
14 A.   No, I was never at the West End store.
15 Q.   I mean, --
16 A.   The Green Hills.
17 Q.   You said the Green Hills store.
18 A.   He said something to the point of all they ass
19 make me sick, or something, and I was fixing to call
20 the police on her -- on her ghetto ass or something
21 like that. It was some -- to the point of that, but
22 I'm not sure how he worded it.
23 Q.   What was the first part of that? I didn't
24 catch the first part of that statement.
25 A.   All they ass make me sick.
Page 68

17 (Pages 65 to 68)

| | |
|---|---|
| 1 Q. All -- | 1 Q. Did you report it to Ashley Johnson? |
| 2 THE REPORTER: I'm sorry? | 2 A. Ashley was there. |
| 3 THE WITNESS: All their asses make me | 3 Q. Ashley heard the comment, too? |
| 4 sick. | 4 A. Yes. |
| 5 A. I'm going to call the police on her and get | 5 Q. Who else heard it? |
| 6 her ass -- something -- something to that point. | 6 A. All employees that was there. |
| 7 BY MR. BAGGETT: | 7 Q. Who -- and who were they? |
| 8 Q. And are you -- are -- are you pretty sure | 8 A. I'm not sure. I know -- I think Ashley -- she |
| 9 that's what he said. Are you guessing? Are you | 9 was up there for something. I'm not for sure if she |
| 10 speculating? | 10 was working or not, but I know she heard it. I know |
| 11 A. It was something to that, but I'm not sure of | 11 she was in there. She was like okay. Because I had |
| 12 how he worded it. | 12 looked -- when she -- when he said it I just looked at |
| 13 Q. Okay. | 13 her because I knew that Mr. Isaac was getting upset |
| 14 A. But I know it was the same words, but I'm not | 14 because the girl was being -- she was being mean to him |
| 15 sure if I'm putting the words in the right place. | 15 because his -- her check wasn't there, so when -- he |
| 16 Q. What words are you sure were said by | 16 was like -- I knew something was going to happen, but I |
| 17 Mr. Isaac? | 17 didn't think nothing else of it. I just kept on |
| 18 A. He was tired of our asses and he was going to | 18 working. I -- at that point I was used to him saying |
| 19 call the police on her. | 19 stuff, you know. |
| 20 Q. And when you heard that did you assume that | 20 Q. Do you recall telling MaryAnn Brothers about |
| 21 when he referred to their asses he was referring to | 21 this incident? |
| 22 African Americans? | 22 A. I don't -- I don't know if I told her about |
| 23 A. Either that or women. I mean, it was one of | 23 that one at the time. |
| 24 the two. | 24 Q. Did you ever confront Mr. Isaac and ask him |
| 25 Q. Okay. So it could have been women -- | 25 about his use of the -- this -- this language? |
| Page 69 | Page 71 |
| 1 A. Uh-huh. | 1 A. No. |
| 2 Q. -- or it could have been -- | 2 Q. Did you ever let him know that this type of |
| 3 A. It could have been African American, either | 3 language was offensive to you? |
| 4 women. | 4 A. No. |
| 5 Q. All right. | 5 Q. Let me back up. Did you find this language |
| 6 A. One of those two. | 6 offensive? |
| 7 Q. Could it be -- could it have been anything | 7 A. Yes. |
| 8 else? | 8 Q. And again, you didn't put this in your EEO -- |
| 9 A. No. | 9 EEOC charge because it was your understanding that |
| 10 Q. Do you remember -- when was -- when did this | 10 you -- |
| 11 occur? | 11 A. It wasn't pertaining to me. |
| 12 A. When did she work there? I want to say -- I | 12 Q. Let me -- |
| 13 want to say the -- the middle of May towards the | 13 A. I'm sorry. |
| 14 beginning of April, but she was only there for like a | 14 Q. Okay. Anything else? |
| 15 week and a half, so I'm not for sure really when she | 15 A. When -- the day Thomas White's mom called up |
| 16 was there. | 16 there she was upset that his check was short or -- his |
| 17 Q. What -- what -- what month did you say? | 17 check was short, I believe, and they had words and -- |
| 18 A. January, February, March -- March. The end -- | 18 they had words, I guess, and a little bit later she |
| 19 the middle of March to the beginning of April. | 19 came up there and Mr. Isaac said something about -- |
| 20 Q. Okay. And when you heard Mr. Isaac use that | 20 what did he say? He said something to the effect of he |
| 21 language referring to the ghetto and their asses did | 21 was sick and tired of -- sick and tired of people |
| 22 you tell anybody about this comment? | 22 coming -- people acting a fool or something like that, |
| 23 A. No. | 23 but that wasn't pertaining to me so I was just -- after |
| 24 Q. Did you report it to Mr. McKechnie? | 24 she came in being mean and stuff I like kind of went |
| 25 A. No. | 25 outside. |
| Page 70 | Page 72 |

18 (Pages 69 to 72)

CLEETON DAVIS COURT REPORTERS, LLC
(615) 726-2737
Case 3:08-cv-01166   Document 69-1   Filed 11/09/09   Page 19 of 26 PageID #: 1712

Page 73

```
 1   Q.    Okay.  So did you hear Mr. Isaac make that
 2   comment to her?
 3   A.    He made some -- he didn't make it to her.  He
 4   just -- he walked in the back because I -- I knew he
 5   was upset about it, so he walked in the back, and when
 6   he was walking in the back kind of mumbling like he
 7   said something to the point, well, I'm getting sick and
 8   tired of they asses, or something, and then about that
 9   time I just went on out the door.
10   Q.    Okay.  Did he use ass or not because the first
11   time you said that --
12   A.    He -- he used -- he used ass frequently.  That
13   was part of his vocabulary.
14   Q.    Okay.  Did he mention any type of derogatory
15   terms with respect to race?  Did he use the N word?
16   A.    No.
17   Q.    Did he use ghetto?
18   A.    When he got through talking on the phone he
19   used ghetto, but not when she came up there.
20   Q.    Did he use black?
21   A.    Yes.
22   Q.    Well, to -- to Mr. White's mother at that
23   time?
24   A.    He didn't say -- he didn't say anything
25   directly to his mother.
```

Page 74

```
 1   Q.    Okay.
 2   A.    He was just saying it walking towards the
 3   back.
 4   Q.    Okay.  The comment that he made when he was
 5   walking to the back, did he mention anything about
 6   race?
 7   A.    I know he did, but I -- I don't want to say
 8   how he said it because I'm not sure of how he said it.
 9   That's why --
10   Q.    Well, how do you know that he did?
11   A.    Because I -- okay.  He said something to the
12   effect of they asses always getting on my nerves.
13   They -- I don't even want to say it because I don't
14   even know what he said actually, so I'm going to just
15   leave it alone.
16   Q.    Okay.  So you're -- you're not sure what he
17   said as you sit here today?
18   A.    Yes, I'm -- I know he said something about the
19   racial, but I'm not for sure of how he said so I don't
20   want to say it, then it will be turned around on me
21   like, you know, so I don't want to say it.
22   Q.    I just trying to figure out what he said.
23   A.    I can't remember what he said exactly, but I
24   know it was racial.  That's why I don't want to say
25   anything.
```

Page 75

```
 1   Q.    But you were there?
 2   A.    Yes.
 3   Q.    Were you offended by what he said?
 4   A.    Yes.  I was always offended.
 5   Q.    You were always offended by anything that he
 6   said?
 7   A.    Not anything, but when he do stuff racial,
 8   yes.
 9   Q.    Okay.  Any other examples of when Mr. Isaac
10   was using racially derogatory terms or discriminate
11   based on race?
12   A.    Not that I can recall.
13   Q.    Also referring to Exhibit Number 2, you state
14   that only the -- the Hispanic employees got a raise.
15   How -- how do you know that Hispanic employees got a
16   raise?
17   A.    Because they did.  We got evaluated in
18   January.  They got a raise.  And the people -- the
19   people that actually started off there, we didn't get a
20   raise.
21   Q.    How do you know that the people that --
22   A.    Well, I know -- I'm sorry.  I'm sorry.
23   Q.    How do you know that these individuals
24   received a raise?  I think your answer was they did,
25   but I was asking you how do you know that they did?
```

Page 76

```
 1   A.    Because the majority of them told us.
 2   Q.    Okay.  Were you involved in any type of the
 3   decision making or discussions about the employees'
 4   evaluations of how they were performing?
 5   A.    No.
 6   Q.    Were you involved in the decision-making
 7   process on awarding raises to individuals?
 8   A.    No.
 9   Q.    Do you -- do you know what these individuals
10   were making to start with?
11   A.    No.
12   Q.    Are you aware if any African Americans
13   received a raise?
14   A.    No.
15   Q.    Okay.  Do you have any evidence that Five Guys
16   was discriminating against African Americans when they
17   awarded certain Hispanic employees a raise?
18   A.    No.
19   Q.    How did Mr. Isaac's comments, his racially
20   derogatory comments that you've listed, change the way
21   that you perceived your work environment?
22   A.    Because I felt like -- I felt like it's not
23   something that a -- a higher person should be doing the
24   work, you know, and it -- it kind of hurt me because I
25   seen him more as like somebody I could actually come
```

19 (Pages 73 to 76)

CLEETON DAVIS COURT REPORTERS, LLC
(615) 726-2737
Case 3:08-cv-01166   Document 69-1   Filed 11/09/09   Page 20 of 26 PageID #: 1713

| | |
|---|---|
| 1 and talk to, but once he started doing that I quit<br>2 talking to him a lot. I wouldn't even ask him<br>3 questions about work. I felt uncomfortable even just<br>4 talking to him, period.<br>5 Q.    Okay. So his -- his racial comments made you<br>6 feel uncomfortable about talking to him?<br>7 A.    Yes.<br>8 Q.    Okay. Anything else that his comments had an<br>9 effect on your -- your ability to work there?<br>10 A.    His comment -- well, actually, I -- I actually<br>11 really didn't work on his shift anymore either, not a<br>12 lot. I did some days, but not a lot.<br>13 Q.    So there was a time when -- when -- when you<br>14 weren't on the same shift as Mr. Isaac?<br>15 A.    Right.<br>16 Q.    And do you recall when that was?<br>17 A.    No.<br>18 Q.    Was it --<br>19 A.    It was after February.<br>20 Q.    Okay. But this would have been before<br>21 Mr. Isaac was promoted to area manager, correct?<br>22 A.    Right.<br>23 Q.    Just so I'm clear, because I know that we had<br>24 a -- a -- a group of certain types of alleged<br>25 discrimination and then it was your testimony that --<br>Page 77 | 1 Q.    Okay. And what did LaShonda say about them?<br>2 A.    She would -- she would kind of -- sometimes<br>3 she'd kind of like laugh it off like, yeah, right. Did<br>4 he say that for real? I'd like yes. She'd be like<br>5 well, why you look like that? I'd like cause I -- I<br>6 can't -- I just couldn't get over the fact that John<br>7 would actually use words like that in them kinds of<br>8 ways, you know what I'm saying.<br>9 Q.    Did LaShonda give you any -- any advice about<br>10 maybe you should go talk to John or --<br>11 A.    No.<br>12 Q.    -- anybody else? Do you recall specifically<br>13 having a conversating with LaShonda about the comment<br>14 about Broderick, the lazy -- lazy ass N comment?<br>15 A.    Do I recall the conversation?<br>16 Q.    I mean, you -- let me back up. You recall<br>17 talking to her about it, right? It's your testimony<br>18 that you told LaShonda about these comments?<br>19 A.    Yes, we talked about it. That's right.<br>20 Q.    Okay. But do you remember specifically where<br>21 you were when you told LaShonda about any of these<br>22 comments?<br>23 A.    In my living room.<br>24 Q.    In your living room. And did you have these<br>25 conversations with her like the same day that you heard<br>Page 79 |
| 1 that the first three things were relating to you and<br>2 the other three were not relating to you. My question<br>3 to you is out of all the times that you heard any type<br>4 of language or comments that you felt were racially<br>5 discriminatory or racial harassment, did you ever<br>6 complain to Mr. McKechnie?<br>7 A.    No.<br>8 Q.    Did you ever complain to Mr. Cardinal?<br>9 A.    I don't believe, no.<br>10 Q.    Did you ever approach Mr. Isaac and tell him<br>11 that you weren't comfortable about the type of language<br>12 he was using?<br>13 A.    No.<br>14 Q.    Did you tell LaShonda about these other<br>15 comments, the comment that Mr. Isaac allegedly made<br>16 about Broderick being a lazy ass, I don't want to keep<br>17 using the N word, --<br>18 A.    Yes.<br>19 Q.    -- I'm uncomfortable with it, the N word, the<br>20 fact that the high school student, her check wasn't<br>21 there and John used ghetto ass, and the issue about<br>22 Thomas White's mother, but you don't recall the exact<br>23 language he used, did you discuss all three of<br>24 these with LaShonda?<br>25 A.    Yes.<br>Page 78 | 1 them or did it all -- did you talk about all these at<br>2 one point in time well after these events had occurred?<br>3 A.    At the time that this would happen I'd talk to<br>4 her about it.<br>5 Q.    Anybody else that -- that you would talk to<br>6 about these issues?<br>7 A.    Just Ms. Brothers and Ms. Johnson.<br>8 Q.    You don't believe you were -- you were<br>9 retaliated against, correct?<br>10 A.    I don't know what to think.<br>11 Q.    Okay.<br>12 A.    But not -- no. I -- retaliated against what?<br>13 Q.    Do you believe that you opposed some type of<br>14 unlawful practice at Nashville Five Guys? Did you<br>15 oppose it?<br>16 A.    No.<br>17 Q.    Okay. And I'll just draw your attention to<br>18 Bell Exhibit Number 2 again. There's a box for<br>19 retaliation. Did this lady who was at the EEOC explain<br>20 to you when the box for retaliation should be checked?<br>21 A.    No.<br>22 Q.    Okay. But you did not check retaliation;<br>23 correct?<br>24 A.    No.<br>25 Q.    Okay. You checked national origin. Why did<br>Page 80 |

20 (Pages 77 to 80)

1 you check national origin on this charge?
2 **A.    Because when I asked her about the different**
3 **things that was going on she said it was the race, it**
4 **was the race discrimination.**
5 Q.    Okay. Well, there's a box for race, also,
6 correct?
7 **A.    Yes, and it's checked.**
8 Q.    Okay. And national origin is also checked, so
9 I'm asking you how do you feel like you were
10 discriminated on the -- on the basis of your national
11 origin?
12 **A.    I always thought they meant the same thing**
13 **just to be honest.**
14 Q.    What is your national origin?
15 **A.    I'm African American.**
16 Q.    Okay. And you -- were you born in Africa or
17 the United States?
18 **A.    United States.**
19 Q.    All right. Do you know what the term national
20 origin means?
21 **A.    No.**
22 Q.    Okay. Other than Mr. Isaac, have you heard
23 anybody else at Five Guys use racially derogatory
24 terms?
25 **A.    Not that I can recall.**

Page 81

1 Q.    Did any of the African American employees use
2 terms that could have been viewed by some people as
3 racially derogatory?
4 **A.    Not that I heard, no.**
5 Q.    Have you ever used them?
6 **A.    No.**
7 Q.    Did you ever hear Mr. Cardinal use racially
8 derogatory language?
9 **A.    I used to tune him out. I used to tune him**
10 **out --**
11 Q.    Does that mean you --
12 **A.    -- unless he was teaching us what to do.**
13 Q.    Does it -- did you hear him use racially
14 derogatory language?
15 **A.    No.**
16 Q.    Did you ever hear him use foul language? Did
17 he ever hear him use the F word at work?
18 **A.    I don't believe so.**
19 Q.    Do you believe Mr. Cardinal engaged in any
20 type of racial discrimination while he was employed at
21 Five Guys?
22 **A.    No.**
23 Q.    Okay. So you don't believe Mr. Cardinal
24 discriminated against you in any form or fashion; is
25 that --

Page 82

1 **A.    No.**
2 Q.    The same question about Ashley Johnson. Do
3 you believe Ashley Johnson discriminated against you in
4 any form or fashion?
5 **A.    No.**
6 Q.    How about Ms. Brothers?
7 **A.    No.**
8 Q.    Did you ever feel like you were threatened at
9 work?
10 **A.    Threatened how?**
11 Q.    Physically threatened.
12 **A.    No.**
13 Q.    How about threatened at all?
14 **A.    I used to always feel like my job was**
15 **threatened, yes.**
16 Q.    How?
17 **A.    Just the -- I thought that stuff was being**
18 **done to me that will make me want to quit. That's how**
19 **I felt like my job was being threatened.**
20 Q.    Like what?
21 **A.    Like by making me do little stuff, and about**
22 **my drawer, and the trash, and the lobby and things like**
23 **that. That's how I felt. I thought that they really**
24 **wanted me gone.**
25 Q.    Okay. So you felt that your job was

Page 83

1 threatened because individuals at Five Guys were asking
2 you to do certain work tasks, is that what you're
3 telling me?
4 **A.    Not just asking me to do certain things, but**
5 **just like if somebody else is in charge of doing that,**
6 **why would you pick on me every day to do these tasks?**
7 Q.    I -- I think we discussed that in detail.
8 Let me ask you this. With respect to the cash
9 shortages, did Mr. Isaac or anybody else at Five Guys
10 ever accuse you of stealing?
11 **A.    No.**
12 Q.    Did you ever accuse Mr. Isaac of being the one
13 who was taking money out of the drawer?
14 **A.    No.**
15 Q.    You never told that to anybody?
16 **A.    No. It was brought to my -- it was brought to**
17 **my attention that every time he counted out my drawer**
18 **that's when my drawer was coming up short.**
19 Q.    And who brought that to your attention?
20 **A.    After the investigation every time -- I**
21 **believe it was Ashley Johnson. She -- after the**
22 **investigation she said that every time that he would**
23 **count down my drawer it will come up $20 short.**
24 Q.    Okay. How about the time when Ashley Johnson
25 counted your drawer and it was short?

Page 84

21 (Pages 81 to 84)

Page 85

1    A.    Yes.
2    Q.    Okay. So I guess not every time, right? It
3    was -- it wasn't always Mr. --
4    A.    No, it was --
5    Q.    -- Mr. Isaac?
6    A.    -- it was like every time when I didn't
7    lock -- we had a -- we could lock our drawer. Every
8    time when somebody else would work on my drawer -- I
9    really didn't let nobody else work on my drawer except
10   for like two or three people, but majority of the
11   time -- after -- okay. After the investigation started
12   it was only like a week or so that I stayed on the
13   register and that's when my drawer was coming up short,
14   but before then it would only be me, Mr. Isaac, and
15   probably like one other person that would go in my
16   drawer.
17   Q.    Other cashiers that would have been working on
18   different shifts at your store, do you have any idea if
19   their registers were coming up short when Mr. Isaac
20   would count their drawers?
21   A.    I would not know.
22   Q.    Who did Mr. Isaac help or compel or command to
23   gage -- to engage in discriminatory practices?
24   A.    I'm sorry? Who did --
25   Q.    Did you review a complaint that was filed in

Page 86

1    this matter that your attorneys drafted? Do you know
2    what a complaint is?
3    A.    Yes. A complaint about -- somebody
4    complaining about something.
5    Q.    Let -- let me ask you this way. Do you
6    believe that Mr. Isaac ever told somebody or commanded
7    somebody to engage in some type of discriminatory
8    practice?
9    A.    I don't recall that.
10   Q.    How about Mr. McKechnie? Do you believe
11   Mr. -- Mr. McKechnie was discriminating against you in
12   any form or fashion?
13   A.    No. I never had a connection with Bill like
14   that. I just seen him when he came into the store.
15   Q.    So you have no evidence or -- or no belief
16   that Mr. McKechnie ever discriminated against you
17   based --
18   A.    No.
19   Q.    -- on your race? Do you believe Mr. Isaac is
20   the only one that discriminated against you?
21   A.    As far as I know.
22   Q.    Well, that's not what I'm asking you. I'm
23   asking you is it your belief.
24   A.    Yes.
25   Q.    And you don't have any evidence or any facts

Page 87

1    that would lead you to believe that anybody other than
2    Mr. Isaac was discriminating against you based on your
3    race, correct?
4    A.    Yes.
5    Q.    Let me ask you this. What was the absolute
6    worst conduct you ever observed at Five Guys, whether
7    it was Mr. Isaac or somebody else?
8    A.    When people would get up -- when -- the two
9    occasions when the -- when Thomas White's mother and
10   high school student got -- got upset about their
11   checks.
12   Q.    Okay. It -- it was comments that Mr. Isaac
13   made about the White incident and the -- the high
14   school --
15   A.    You asked me what was the two worst.
16   Q.    No, I asked you what was the absolute worst
17   conduct you ever observed at Five Guys.
18   A.    Those were the two.
19   Q.    Okay.
20   A.    Those two conducts right there.
21   Q.    Okay. The comments that he made about
22   Mr. White's mother, right? That's one of them?
23   A.    The whole incident, period.
24   Q.    Okay. And the high school student?
25   A.    Yes.

Page 88

1    Q.    Okay. And that's one where he said he was --
2    or he allegedly said that he was tired of their ghetto
3    asses?
4    A.    Yes.
5    Q.    Okay. And the other one was the Thomas White
6    mother's incident. It's your testimony that was one of
7    the two most outrageous, correct?
8    A.    Yes.
9    Q.    Was that the first most or second most
10   outrageous?
11   A.    They was neck and neck.
12   Q.    Okay. So it --
13   A.    And --
14   Q.    -- it was that outrageous, but you can't
15   recall what was said?
16   A.    I --
17           MR. JANNEY: Objection to -- to the form
18   of the question.
19   A.    Actually, I -- I didn't want to recall those.
20   BY MR. BAGGETT:
21   Q.    Okay.
22   A.    When I was called to -- when I was asked to be
23   a witness is when I went down and try to remember
24   everything.
25   Q.    Who asked you to be a witness?

22 (Pages 85 to 88)

CLEETON DAVIS COURT REPORTERS, LLC
(615) 726-2737
Case 3:08-cv-01166   Document 69-1   Filed 11/09/09   Page 23 of 26 PageID #: 1716

Page 89

1   A.      Ms. Brothers asked me would I be a witness to
2   her.
3   Q.      When was this?
4   A.      Like a couple days before I went to the EEOC.
5   Q.      Okay.  And what did Ms. Brothers and you
6   discuss when she wanted to know if you would -- would
7   be a witness?
8   A.      She just asked me if I would be a witness to
9   her -- I'm not sure how she put it, but would I be a
10  witness to how she was treated at Five Guys.
11  Q.      Did you guys talk about filing a lawsuit?
12  A.      Not at that point, no.
13  Q.      Okay.  You just talked about filing EEOC
14  claims?
15  A.      Yes.
16  Q.      Okay.  Did Ms. Brothers -- let me -- prior to
17  you talking to Ms. Brothers about whether you'd be a
18  witness, were you thinking about filing an EEOC charge?
19  A.      No.
20  Q.      What damages do you believe you suffered based
21  on your experiences and your alleged discrimination at
22  Five Guys?
23  A.      I just feel like it -- they're hurting me a
24  lot because I thought the bond that we had when we
25  first started Five Guys, it was just a family bond, so

Page 90

1   my feelings were hurt deeply.  I went home crying like
2   majority -- every two -- once every two weeks I know.
3   Q.      Okay.  So is it your testimony that your
4   damages were that your feelings were hurt?
5           MR. JANNEY: Object to the form.  Why
6   don't you tell her what damages are if you're referring
7   to it in the legal sense.
8           MR. BAGGETT: Well, I'm just asking her a
9   question.  She can reply --
10          MR. JANNEY: Well, I -- I object to the
11  form of the question --
12          MR. BAGGETT: Okay.
13          MR. JANNEY: -- insofar as it is using a
14  legal term --
15          MR. BAGGETT: You can -- you can object,
16  but let's not get into speaking objections.
17          MR. JANNEY: Well, I'm entitled to state
18  the basis of my objection, counsel, and the basis is
19  you're using a legal term of art and expecting this
20  witness to understand it.  Ask your questions.
21  BY MR. BAGGETT:
22  Q.      How have you suffered based on the alleged
23  discrimination at Five Guys?
24  A.      I lost my job, I lost a best friend, a sister,
25  you know, that I thought was going -- we was going to

Page 91

1   always be together.  I feel like I lost -- I thought I
2   was going to be able to grow at Five Guys because when
3   I came out of college -- that was the first job I had
4   since I had came out of college and I thought I was
5   going to be able to grow.  If -- if I would have
6   thought it wasn't going to be like that I would -- just
7   would have took it as a part-time job and would have
8   took on my medical field, but I guess it wasn't meant
9   to be.
10  Q.      Do you blame Five Guys for the
11  deterioration -- the deterioration of your relationship
12  with Ms. Jackson?
13  A.      No.  I blame her.
14  Q.      How long were you unemployed from Five Guys
15  before you started your next job?
16  A.      Can I look back?
17  Q.      Well, you don't have to be exact.  I'm just
18  asking just off the top of your head the best that --
19  A.      Oh.
20  Q.      -- you can recall.
21  A.      I had started training with the Rochelle
22  Center in the end of -- the end of May, I believe, and
23  started working for them in June.
24  Q.      And you haven't sought any medical attention
25  based on your separation from your employment at Five

Page 92

1   Guys, --
2   A.      No.
3   Q.      -- correct?  And you haven't seen any type of
4   psychiatrist or psychological --
5   A.      No.
6   Q.      -- or professional -- I guess it could be a
7   psychology professional.
8           Do you know of any customers at Five Guys that
9   would have information that support your claim that you
10  were discriminated against while you were employed at
11  Five Guys?
12  A.      No.
13          MR. BAGGETT: Let's go off the record for
14  a minute.
15          THE VIDEOGRAPHER: Going off the record.
16  The time is 6:07.
17          (Recess taken.)
18          THE VIDEOGRAPHER: Everybody ready?  Got
19  your mikes on?  We are back on the record.  The time is
20  6:14.
21  BY MR. BAGGETT:
22  Q.      Ms. Bell, just a couple more questions before
23  I let you go.
24          Earlier when you were talking about your
25  relationship with Ms. Jackson, LaShonda Jackson, you

23 (Pages 89 to 92)

**Page 93**

1  said there was some, I guess, deepening -- a deeper
2  falling out or some other problem that occurred between
3  the two of you two weeks ago. What was that?
4  A.    She had -- we had been talking -- like we talk
5  like every two days, and she had lost her job, and she
6  had called me crying and saying she had lost her job,
7  and I guess the last time I talked to her was the day
8  that she had got hired back or they'd let her come
9  back, or whatnot, and that was the last time I talked
10  to her, so -- I was just like I don't know.
11  Q.    I don't understand what happened between the
12  two of you that made your relationship get worse two
13  weeks ago because --
14  A.    No, it was --
15  Q.    -- she lost her job and went back.
16  A.    -- it was already a rocky -- a rocky
17  relationship since she had been at Five Guys and I
18  haven't because she will call me up, be like girl,
19  guess what happened at work. I don't want to hear
20  about that. I don't want to know nothing about what's
21  going on with Five Guys. That's none of my concern
22  anymore.
23      But she was calling me the day that she was
24  laid off, or whatever the fact was, crying and we was
25  just talking like old times, or whatever, and the last

**Page 94**

1  time she called me she was -- told me that my job --
2  they wanted to talk to me again.
3      She told me, well, I went back to work today,
4  so I guess I'll call you later on. I said you going to
5  call me talking about more Five Guys? Said I really
6  don't want to know. So I -- I really thought she --
7  well, let me back up.
8      She had asked me what was going on with the
9  claims that we had filed. I had told her -- with the
10  claims that we had filed, and I told her that was none
11  of her business. I said, now, whoever told you what
12  was going on they was wrong for doing it, I said,
13  because I know I ain't told you nothing like that
14  because me and her don't talk on that level anymore.
15  She said, well, I just wanted to know. I'm not telling
16  you nothing like that.
17  Q.    When was this?
18  A.    That was when she had got laid off.
19  Q.    Laid off from where?
20  A.    Five Guys.
21  Q.    And when was this?
22  A.    About two weeks ago.
23  Q.    And it's your understanding that she's
24  employed now, or not?
25  A.    She went back.

**Page 95**

1  Q.    But other than the Five Guys thing, there was
2  nothing that happened between you and Ms. Jackson that
3  hurt your friendship even more?
4  A.    Just the Five Guys thing.
5  Q.    Okay. Earlier we talked about the time
6  that -- when Ms. Brothers came -- Ms. Brothers came to
7  you and asked you if you would be a witness for her at
8  the EEOC level.
9  A.    Yes.
10  Q.    And -- and I asked you the -- the question
11  along the lines of have you talked about filing a
12  lawsuit and your answer was --
13  A.    No.
14  Q.    -- not yet, not at that time, something along
15  those lines. Do you recall that?
16  A.    Yes.
17  Q.    When did you and Ms. Brothers decide that you
18  were going to file a lawsuit?
19  A.    I really don't recall because I had asked
20  her -- I knew what the EEOC was, but I didn't know
21  of -- of what -- of what really they was going to do
22  for her, or whatever. So when I went down there I
23  just -- actually, I went down there to be her witness,
24  but I actually filed out -- filled out a paper because
25  I thought that's what I was supposed to do.

**Page 96**

1  Q.    What kinds of paper did you fill out?
2  A.    I filled out a charge paper.
3  Q.    Like an intake questionnaire?
4  A.    Yes, I think that's what it's called,
5  something. When I got through the man -- the lady told
6  me I could wait for like 30, 45 minutes and they'll
7  have my paper typed up, and they gave me this paper, a
8  paper like this.
9  Q.    I don't want you to answer any -- I don't want
10  to tell me anything that your attorneys have told
11  you, --
12  A.    Uh-huh.
13  Q.    -- okay, --
14  A.    Yes.
15  Q.    -- or anything that your attorneys have
16  instructed you or the other clients to do.
17  A.    Yes.
18  Q.    My question is how did you and the other
19  plaintiffs come together against Five Guys in this
20  lawsuit?
21  A.    Well, I know I talked to Ms. Brothers about it
22  and I asked her -- when she told me what she was doing
23  I was like, well, is that what I need to do, because
24  I've never did anything like this before, and she was
25  like yes, you could be a witness, and I was like, but

24 (Pages 93 to 96)

CLEETON DAVIS COURT REPORTERS, LLC
(615) 726-2737
Case 3:08-cv-01166   Document 69-1   Filed 11/09/09   Page 25 of 26 PageID #: 1718

1  what is going to come out of it, what good is going to
2  come out of it, and she was trying to explain it to me,
3  and that's when I --
4  Q.      What good did she say was going to come out of
5  it?
6  A.      She was just like he would -- people would
7  know how he treated you and things like that.
8  Q.      At that time that you had that conversation
9  with Ms. Brothers did she say anything about the other
10 plaintiffs in the suit?
11 A.      No.
12 Q.      Did she tell you that Mr. Jim Newman was on
13 board pursuing the company, --
14 A.      No.
15 Q.      -- anything along those lines?
16 A.      No.
17 Q.      Did she -- the same question with respect to
18 LaToya Moore.
19 A.      No.
20 Q.      She didn't say anything about Thomas White was
21 going to be a witness or was going to be involved in a
22 lawsuit?
23 A.      No.  All that she said was I'm just trying to
24 get all the witnesses that I can.  She didn't ever tell
25 me the names --

1  Q.      Well, when did --
2  A.      -- until later on.
3  Q.      -- when did -- well, until later on.  When did
4  everybody come together?
5  A.      When we -- when we --
6          MR. GRACE:  He asked you when.
7          THE WITNESS:  When?
8          MR. GRACE:  Be careful.  Don't tell him
9  anything that your lawyers have told you.
10 A.      When we came together the next time was when
11 we met with -- when we came together the next time was
12 was meeting with Mr. Grace.
13 BY MR. BAGGETT:
14 Q.      Who told you to meet Mr. Grace?
15 A.      Ms. Brothers.
16 Q.      Okay.  Ms. Brothers had set up a meeting or
17 something and she told you that you needed -- you could
18 come and meet with Mr. Grace?
19         MR. JANNEY:  Objection to form.
20 Speculation.
21 A.      Yes.
22 BY MR. BAGGETT:
23 Q.      Okay.  At that time did Ms. Brothers inform
24 you that the other plaintiffs were on board?
25 A.      Yes.

1  Q.      Do you have any firsthand knowledge -- do you
2  know what I mean by firsthand knowledge?
3  A.      Yes.
4  Q.      Okay.  I'm not asking about what somebody else
5  told you, but something that you've actually observed
6  or you actually, you know, saw take place.  Okay.
7          Do you have any firsthand knowledge as to
8  whether any of the other plaintiffs in this lawsuit
9  were discriminated against or retaliated against other
10 than the things that we've discussed today relating to
11 your testimony today?
12         MR. JANNEY:  Objection to the form to the
13 extent that it calls for a legal conclusion.  Go ahead.
14 A.      Other than what we discussed today?
15 BY MR. BAGGETT:
16 Q.      Yes, ma'am.
17 A.      No.
18         MR. BAGGETT:  That's all I have.
19         THE VIDEOGRAPHER:  This is the end of the
20 videotaped deposition of Dominique Bell.  The time is
21 6:21.
22         (Deposition concluded.)
23
24
25

1          C E R T I F I C A T E
2
3          I, B. J. Davis, Certified Court Reporter and
4  Notary Public, State of Tennessee at Large, do hereby
5  certify that I recorded to the best of my skill and
6  ability by machine shorthand the proceedings contained
7  herein, that same was reduced to computer transcription
8  by myself, and that the foregoing is a true, accurate,
9  and complete transcript of same.
10         I further certify that I am not an attorney or
11 counsel of any of the parties, nor a relative or
12 employee of any attorney or counsel connected with the
13 action, nor financially interested in the action.
14         This 1st day of June 2009.
15
16
17
18
19
                    B. J. Davis
20
21
22
23
24 My Commission Expires:
25 November 22, 2010

25 (Pages 97 to 100)

CLEETON DAVIS COURT REPORTERS, LLC
(615) 726-2737
Case 3:08-cv-01166   Document 69-1   Filed 11/09/09   Page 26 of 26 PageID #: 1719