# CLERK'S RESUME OF PROCEEDINGS
# CIVIL NON-JURY PROCEEDINGS

MARY ANN BROTHERS, et al.,      DATE: January 25, 2010

v.      CASE # 3:08-01166

NASHVILLE 5G HOLDINGS, LLC

PRESIDING JUDGE: William J. Haynes, Jr.

COURT REPORTER: Charlotte Sloan

NATURE OF PROCEEDING: Final Pretrial Conference

PLAINTIFF(S) ATTORNEY(S): Doug Janney, Steve Grace

DEFENDANT(S) ATTORNEY(S): Earl Baggett, King Tower, Scott Sims

OTHER COUNSEL:

DIVISION TRIAL TO BE HELD:

NUMBER OF JURORS NEEDED: ____ ____

ESTIMATED TRIAL TIME:

INSTRUCTIONS AND DECISIONS OF THE COURT: The trial will be continued until the Court has ruled on the outstanding motions for summary judgment and motions in limine.

DEADLINES SET
Discovery:
Disp. Mtn.:
Response:
Reply:
<u>Expert Discl.</u>
    Plaintiff:
    Defendant:
Supp:
FPTC:
Trial:

Time Utilized: Five (5) minutes

Courtroom Deputy
Bradley Bakker